**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEXANDRIA McGAUGHEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 07cv1498 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kathleen R. Hartnett of Spiva & Hartnett LLP as counsel

for Plaintiff Alexandria McGaughey in the above-captioned action.

Dated:  August 27, 2007                    Respectfully submitted,


                                    /s/ Kathleen R. Hartnett
                                    Bruce V. Spiva, D.C. Bar. No. 443754
                                     bspiva@spivahartnett.com
                                    Kathleen R. Hartnett, D.C. Bar. No. 483250
                                     khartnett@spivahartnett.com
                                    SPIVA & HARTNETT LLP
                                    1776 Massachusetts Avenue, N.W.
                                    Suite 600
                                    Washington, D.C. 20036
                                    Telephone: (202) 785-0601
                                    Facsimile:  (202) 785-0697

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, a copy of the foregoing Notice of Appearance was filed electronically.  In addition, I hereby certify that have served a true and correct copy of the foregoing Notice of Appearance by first-class U.S. Mail, postage prepaid, upon the following:

District of Columbia
Mayor Adrian Fenty
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

District of Columbia
Linda Singer
Office of the Attorney General
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Howard University Hospital and
    Howard University
H. Patrick Swygert, President
Howard University
2400 Sixth Street, N.W.
Washington, D.C. 20059

Wendie Williams, M.D.
2041 Georgia Avenue, N.W., Suite 1-400
Washington, D.C. 20060

Dawit Yohannes, M.D.
2041 Georgia Avenue, N.W.
Washington D.C. 20060

District Hospital Partners, L.P., d/b/a/
George Washington University Hospital
Registered Agent
CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

George Washington University
Dennis Blumer, General Counsel and
    Office of the Vice President
2100 Pennsylvania Avenue, N.W., Suite 250
Washington, D.C. 20052

Universal Health Care Services, Inc.
Registered Agent
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

Christopher Lang, M.D.
900 23rd Street, N.W.
Washington, D.C. 20037

　　　　　　　　　　　/s/ Kathleen R. Hartnett
　　　　　　　　　　　Kathleen R. Hartnett