UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY,           )<br>                                                          )<br>        **Plaintiff,**                            )<br>                                                          )<br>         v.                                             )    **Case No. 1:07-cv-01498 (RJL)**<br>                                                          )<br>DISTRICT OF COLUMBIA, et al.,   )<br>                                                          )<br>        **Defendants.**                       )<br>_____) | |

## CONSENT MOTION TO EXTEND TIME

Defendant District of Columbia hereby moves, by and through the undersigned counsel, for an extension of time to respond to the complaint herein. Bruce Spiva, counsel for the plaintiff, consents to the relief requested in this motion.

In making this motion, Defendants reserve all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

WHEREFORE Defendants request that the time to respond to the complaint be extended to October 12, 2007.

Date: September 11, 2007            Respectfully submitted,

                                                        LINDA SINGER
                                                        Attorney General for the District of Columbia

                                                        GEORGE C. VALENTINE
                                                        Deputy Attorney General
                                                        Civil Litigation Division

                                                        /s/Kimberly Matthews Johnson
                                                        KIMBERLY MATTHEWS JOHNSON, #435163
                                                        Chief, General Litigation Sec. I

                                                        /s/Michelle Davy
                                                        MICHELLE DAVY, #454524

Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 11th day of September, 2007, that a copy of the foregoing Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Bruce V. Spiva
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

/s/Michelle Davy_____
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01498 |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1.  Fed. R. Civ. P. 6 (b), and the Rules and inherent powers of this Court.

2.  Bruce Spiva, counsel for the plaintiff, consents to the relief requested in this motion.

3.  Defendant District of Columbia ("District") has not requested any extensions in this matter and none have been granted. Defendant is unaware of any prejudice that will result from its request, since all defendants have not responded to the complaint, and the dates for meeting and conferring and a scheduling order as set forth in the court's August 24, 2007 Case Management Order ("Order") have not yet accrued.[1]

4.  This matter is involved. The additional time requested will permit the parties to

---

[1] At p. 3, in relevant part, the Order provides that "within 30 days of all defendants answering the complaint or filing other motions under Rule 12(b) of the Federal Rules of Civil Procedure, or within 30 days of the issuance of this order if an answer or Rule 12(b) motion has already been filed, the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3."

At the time that the Order was entered on or about August 24, 2007, no answers or other responses had been filed. Accordingly, pursuant to the Order the parties shall confer within 30 days of all defendants responding to the complaint, rather than within 30 days of the issuance of the Order.

On September 11, 2007, by and through their counsel, Howard University, Howard University d/b/a Howard University Hospital, Wendie Williams, M.D., and Dawit Yohannes, M.D. answered the complaint. To date, Defendants District Hospital Partners LP, George Washington University, the District, Christopher Lang, M.D., and Universal Health Services, Inc. have not answered the complaint.

fully investigate this case and litigate in a manner that serves their respective clients and aids the court.

     5.     The parties are still compiling information pertinent to this civil action. Information adduced from those efforts as well as the completion of discovery will need to be fully compiled and considered in order to facilitate fair adjudication of these claims. Prejudice may result if the time in which to complete discovery is not extended as requested.

     6.     In addition, there have been a number of delays outside the parties' control that have affected discovery timeframes. The undersigned counsel has recently been out of the office due to personal family reasons.

     7.     At the same time, the undersigned counsel is relatively new to the Office of Attorney General. In addition to getting up to speed on her new responsibilities and managing her caseload of both inherited and new matters, counsel's section is short one litigator due to the recent departure of an attorney and counsel has taken on additional cases including this matter. This has created scheduling conflicts that the undersigned counsel did not anticipate previously.

     WHEREFORE Defendants request that the time to respond to the complaint be extended to October 12, 2007.

Date: September 11, 2007          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          /s/Kimberly Matthews Johnson
                                          KIMBERLY MATTHEWS JOHNSON, #435163
                                          Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 11th day of September, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Bruce V. Spiva
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01498 |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the motion be and hereby is GRANTED, and it is further

ORDERED, that the time to respond to the complaint herein is extended to October 12, 2007.

_____
JUDGE

cc: Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

Bruce V. Spiva
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036