UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA McGAUGHEY<br><br>                Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>                Defendants. | Case No. 1:07-cv-01498<br>Judge Richard J. Leon |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNIVERSAL HEALTH SERVICES INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Alexandria McGaughey, through counsel, hereby dismisses without prejudice her Complaint against Universal Health Services Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Bruce V. Spiva
Bruce V. Spiva (D.C. Bar No. 443754)
  bspiva@spivahartnett.com
Kathleen R. Hartnett (D.C. Bar No. 483250)
  khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Tel: (202) 785-0601
Fax: (202) 785-0697

*Attorneys for Plaintiff*

Dated: September 14, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2007, the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendant Universal Health Services Inc. was served electronically upon all parties of record, except for Defendant Christopher Lang, M.D., who was served by U.S. Mail, postage prepaid at 900 23rd Street, N.W., Washington, D.C. 20037.

/s/ Bruce V. Spiva
Bruce V. Spiva (D.C. Bar No. 443754)
  bspiva@spivahartnett.com
Kathleen R. Hartnett (D.C. Bar No. 483250)
  khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Tel: (202) 785-0601
Fax: (202) 785-0697

*Attorneys for Plaintiff*