IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY | * | |
| Plaintiff | * | |
| Vs. | * | Case No.: 1:07-CV-01498 M |
| | | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE UNDER F.R.C. 7.1

I, the undersigned counsel for the Defendant, District Hospital Partners, LP, submit the following statement in compliance with Federal Rule of Civil Procedure 7.1. District Hospital Partners, LP is a limited partnership, not a stock corporation. UHS of D.C., Inc., a Delaware corporation is the general partner and a limited partner. George Washington University is the only other limited partner. UHS of D.C., Inc. is not a publicly-traded company. Rather, 100% of its stock is owned by Universal Health Services, Inc., which is a publicly-traded company.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 26663)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
**Attorneys for Defendant, District Hospital Partners, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2007, the foregoing document was served electronically upon all parties of record.

/s/ *Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr.

893612