# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY              :
                                 :
    Plaintiff,                   :
                                 :        Case No. 1:07-CV-01498
    v.                           :        Judge: Richard J. Leon
                                 :
DISTRICT OF COLUMBIA, et al.     :
                                 :
    Defendants.                  :

## CERTIFICATION OF CORPORATE AFFILIATION AND FINANCIAL INTEREST PURSUANT TO LCvR. 7.1

COMES NOW Defendant The George Washington University, by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and hereby discloses the following regarding its corporate affiliations and financial interests:

I, the undersigned, counsel of record for The George Washington University, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of The George Washington University, which have outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED


       */s/ James P. Gleason, Jr.*
James P. Gleason, Jr. #291005


       */s/ Larry D. McAfee*
Larry D. McAfee #457226

_/s/ Christopher R. Smith_

Christopher R. Smith  # 477393
11 North Washington Street
Suite 400
Rockville, Maryland 20850
(301) 294-2110

**Counsel for Defendant The George Washington University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certification of Corporate Affiliation and Financial Interest was served electronically or mailed, postage prepaid, this 26th day of September, 2007, to:

Bruce V. Spiva, Esquire
Kathleen R. Hartnett, Esquire
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

Michelle Hamilton Davy, Esq.
Office of the Attorney General for the
District of Columbia
Room 6S085
441 4th Street, N.W.
Washington, D.C. 20007

Karen R. Turner, Esquire
Hamilton, Altman, Canale & Dillon, LLC
4600 East-West Highway
Bethesda, Maryland 20814

Thomas Monahan, Jr. Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, Maryland 21202

Universal Health Services, Inc.
c/o CT Corporation System
1635 Market Street
Philadelphia, PA 19103

Christopher Lang, M.D.
900 23rd Street, N.W.
Washington, D.C. 20037

_/s/ Christopher R. Smith_

Christopher R. Smith