**ATTACHMENT G**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

**JURY ACTION**

TO: (Name and address of Defendant)

District of Columbia
Serve:   Mayor Adrian Fenty
         Attorney General Linda Singer
         1350 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

AUG 2 1 2007

CLERK                                                         DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:21 pm on August 22, 2007, I served District of Columbia c/o Mayor Adrian Fenty at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20001 by serving Tabatha Braxton, Administrative Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     44
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-23-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193167

**ATTACHMENT G**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

**JURY ACTION**

TO: (Name and address of Defendant)

District of Columbia
Serve:   Mayor Adrian Fenty
         Attorney General Linda Singer
         1350 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               AUG 2 1 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

AFFIDAVIT OF SERVICE

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 2:59 pm on August 22, 2007, I served District of Columbia c/o Linda Singer, Office of the Attorney General at 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Gale Rivers, Staff Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    56
HEIGHT-    5'7"
  HAIR-    BLACK/GRAY
WEIGHT-    180
  RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-23-07
            Date

                                        *Wesley Jennings* (signature)
                                        WESLEY JENNINGS
                                        1827 18th Street, N.W.,
                                        Washington, D.C. 20009
                                        Our File#- 193198

**ATTACHMENT G**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

JURY ACTION

TO: (Name and address of Defendant)
George Washington University, 2121 Eye Street, N.W.,
Washington, D.C. 20052.
Serve: Dennis Blumer
General Counsel and Office of the Vice President
2100 Pennsylvania Avenue, N.W., Suite 250
Washington, D.C. 20052

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                     AUG 2 1 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:41 pm on August 22, 2007, I served George Washington University c/o Dennis Blumer, General Counsel/Office of the Vice President at 2100 Pennsylvania Avenue, NW, Suite 250, Washington, DC 20052 by serving Abbey V. Richards, Assistant General Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     35
HEIGHT-  5'6"
HAIR-    BROWN
WEIGHT-  175
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8/23/07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193206

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

**JURY ACTION**

TO: (Name and address of Defendant)

District Hospital Partners, L.P.,
d/b/a George Washington University Hospital, 900 23rd Street, N.W.
Washington, D.C. 20037
Serve:  CT Corporation System, 1015 15th Street, N.W., Suite 1000,
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    AUG 2 1 2007

CLERK                                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:48 pm on August 22, 2007, I served District Hospital Partners LP d/b/a George Washington University Hospital c/o CT Corporation System, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Louis Lancee, Fulfillment Specialist, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   48
HEIGHT-   5'7"
  HAIR-   BLACK/GRAY
WEIGHT-   170
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-23-07
              Date

                                    _Wesley Jennings_
                                    WESLEY JENNINGS
                                    1827 18th Street, N.W.,
                                    Washington, D.C. 20009
                                    Our File#- 193205

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.                                           Case No. 1:07-CV-01498 RJL

District of Columbia, et al.

AFFIDAVIT OF SERVICE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth is 08-30-1976.

    That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That on the 17th day of September, 2007 at 1:03 o'clock p.m., I served Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314 by posting on the front door. On September 18, 2007, I mailed a copy of the documents to Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314, first class U.S. Postage prepaid pursuant to U.S. Rule 4(e)(3).

    In addition to the service noted above, I attempted to serve the documents on the following occassions:

    That on the 29th day of August, 2007 at 8:42 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, I did not receive an answer at the door.

    That on the 31st day of August, 2007 at 8:11 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, again, I did not receive an answer at the door.

    That on the 3rd day of September, 2007 at 10:48 o'clock a.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, as before, I did not receive an answer at the door. In addition, I observed a BMW 325-I with Illinois tag number 527-5796 parked in front of the townhouse.

That on the 5th day of September, 2007 at 8:15 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, again, I did not receive an answer at the door. As before, the BMW was parked in front of the townhouse.

That on the 7th day of September, 2007 at 9:00 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, once again, I did not receive an answer at the door. Again, the BMW was present in front of the townhouse.

That on the 11th day of September, 2007 at 7:45 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, although I could hear movement within, I did not receive an answer at the door.

That on the 17th day of September, 2007 at 1:03 o'clock p.m., I attempted to serve the defendant, Christopher Lang, MD at 712 Bracey Lane, Alexandria, Virginia 22314. On this occasion, once again, I did not receive an answer at the door. Accordingly, I posted the above mentioned documents on the front door.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

MICHAEL R. REEDER
Private Process Server

Subscribed and Sworn to before me this 20th day of Sept., 2007.

Angela H. Crosan
Notary Public
My commission expires: 03-31-09
aff193209.lab

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

JURY ACTION

TO: (Name and address of Defendant)

Howard University
2400 Sixth Street, N.W.
Washington, D.C. 20059
Serve: H. Patrick Swygert, President, Howard University

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG 2 1 2007

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:30 am on August 22, 2007, I served Howard University c/o H. Patrick Swygert, President at 2400 6th Street, NW, Suite 320, Washington, DC 20059 by serving Mauri Hall, General Counsel, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    38
 HEIGHT-    5'4"
   HAIR-    BLACK
 WEIGHT-    140
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8/24/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193201

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

JURY ACTION

TO: (Name and address of Defendant)

Howard University Hospital
2041 Georgia Avenue, N.W.
Washington, D.C. 20060
Serve:  H. Patrick Swygert, President, Howard University, 2400 Sixth Street, N.W., Washington, D.C. 20059

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             AUG 2 1 2007

CLERK                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:30 am on August 22, 2007, I served Howard University Hospital c/o H. Patrick Swygert, President at 2400 6th Street, NW, Suite 320, Washington, DC 20059 by serving Mauri Hall, General Counsel, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    38
 HEIGHT-    5'4"
   HAIR-    BLACK
 WEIGHT-    140
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8/24/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193200

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

JURY ACTION

TO: (Name and address of Defendant)

Dawit Yohannes, M.D.
2041 Georgia Avenue, N.W.
Washington, D.C. 20060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         AUG 2 1 2007

CLERK                            DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:30 am on August 22, 2007, I served Dawit Yohannes, MD at 2400 6th Street, NW, Suite 320, Washington, DC 20059 by serving Mauri Hall, General Counsel, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     38
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8/24/07
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193204

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Alexandria McGaughey

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al.

Case: 1:07-cv-01498
Assigned To : Leon, Richard J.
Assign. Date : 8/21/2007
Description: PI/MALPRACTICE

JURY ACTION

TO: (Name and address of Defendant)

Wendie Williams, M.D.
2041 Georgia Avenue, N.W., Suite 1-400
Washington, D.C. 20060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                AUG 21 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexandria McGaughey

vs.

District of Columbia, et al.

No. 1:07-CV-01498 RJL

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

   I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 09-06-1941.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 11:30 am on August 22, 2007, I served Wendie Williams, MD at 2400 6th Street, NW, Suite 320, Washington, DC 20059 by serving Mauri Hall, General Counsel, authorized to accept. Described herein:

   SEX-    FEMALE
   AGE-    38
   HEIGHT- 5'4"
   HAIR-   BLACK
   WEIGHT- 140
   RACE-   BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-24-07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193202