IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY, | : | |
| Plaintiff, | : | |
| | : | Case No. 1:07-CV-01498 |
| v. | : | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

## NOTICE OF APPERANCE

Please enter the appearance of Robert W. Goodson of Wilson Elser Moskowitz Edelman & Dicker, LLC as counsel for defendant Christopher Lang, M.D. in the above – captioned action.

Dated: October 10, 2007            Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                        By:    */s/ Robert W. Goodson*
                               Robert W. Goodson, # 935239

                               */s/ Deidre L. Robokos*
                               Deidre L. Robokos, # 492013
                               The Colorado Building
                               1341 G Street, N.W.
                               Suite 500
                               Washington, D.C.  20005
                               Robert.Goodson@wilsonelser.com
                               Deidre.Robokos@wilsonelser.com

                               (202) 626-7660
                               (202) 628-3606 (facsimile)

276433.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Answer was filed electronically, this 10th day of October 2007, to:

> Bruce V. Spiva, Esq.
> Kathleen R. Hartnett, Esq.
> Spiva & Hartnett, LLP
> 1776 Massachusetts Avenue, NW
> Suite 600
> Washington, DC 20036
> *Counsel for Plaintiff*
>
> Michelle Daly, Esq.
> Office of the Attorney General for the District of Columbia
> Sixth Floor South
> 441 4th Street, N.W.
> Washington, DC 20001
> *Counsel for Defendant District of Columbia*
>
> Thomas V. Monahan, Jr., Esq.
> Adam Kelley, Esq.
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, MD 21202
> *Counsel for Defendant District Hospital Partners, LP*
>
> Gleason, Flynn, Emig & Fogleman, Chartered
> James P. Gleason, Jr., Esq.
> Larry D. VcAffee, Esq.
> Christopher R. Smith, Esq.
> 11 North Washington Street
> Suite 400
> Rockville, MD 20850
> *Counsel for Defendant The George Washington University*

>                               */s/ Deidre L. Robokos*
>                               Deidre L. Robokos, Esq.

276433.1