IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY, :
:
    Plaintiff, :
:
vs. : Case No. 1:07-cv-01498 (RJL)
:
HOWARD UNIVERSITY, *et al.*, :
:
    Defendants. :
                                       :

## CERTIFICATE OF CORPORATE AFFILIATION
## AND FINANCIAL INTEREST PURSUANT TO LCvR. 7.1

**COME NOW** the defendants, **Howard University** and **Howard University d/b/a Howard University Hospital** by and through their attorneys, **Steven A. Hamilton, Esquire, Karen R. Turner, Esquire,** and **Hamilton Altman Canale & Dillon, LLC,** and hereby discloses the following regarding its corporate affiliations and financial interests:

I, the undersigned counsel of record for Howard University and Howard University d/b/a Howard University Hospital, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliate entities of Howard University or Howard University d/b/a Howard University Hospital, which have outstanding securities in the hands of the public.

This representation is made in order that Judges of this Court may determine the need for recusal.

HAMILTON ALTMAN
ANALE & DILLON, LLC
Attorneys at Law
600 East-West Highway
Suite 201
Bethesda, MD 20814

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By: /s/ Karen R. Turner
    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

HAMILTON ALTMAN
ANALE & DILLON, LLC
Attorneys at Law
600 East-West Highway
Suite 201
Bethesda, MD 20814

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the 11[st] day of **October, 2007**, a copy of the foregoing was served electronically on:

>Bruce V. Spiva, Esquire
>Kathleen R. Hartnett, Esquire
>**Spiva & Hartnett LLP**
>1776 Massachusetts Avenue, N.W.
>Suite 600
>Washington, D.C. 20036
>
>James P. Gleason, Jr., Esquire
>Larry D. McAfee, Esquire
>Christopher R. Smith, Esquire
>**Gleason, Flynn, Emig**
>  **& Fogleman, Chartered**
>11 North Washington Street
>Suite 400
>Rockville, Maryland 20850
>
>Kimberly Matthews Johnson, Esquire
>Michelle Davy, Esquire
>Office of the Attorney General for the
>  District of Columbia
>Civil Litigation Division
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>
>Thomas V. Monahan, Jr., Esquire
>Adam Kelley, Esquire
>**Goodell, DeVries, Leech & Dann, LLP**
>One South Street
>20[th] Floor
>Baltimore, Maryland 21202

And served via first class mail, postage prepaid, to:
>Christopher Lang, M.D.
>900 23rd Street, N.W.
>Washington, D.C. 20037

>/s/ Karen R. Turner
>Karen R. Turner

HAMILTON ALTMAN
ANALE & DILLON, LLC
Attorneys at Law
600 East-West Highway
Suite 201
Bethesda, MD 20814