UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01498 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION TO EXTEND TIME**

Defendant District of Columbia hereby moves, by and through the undersigned counsel, for an extension of time, to Monday, October 29, 2007, to respond to the complaint herein. Bruce Spiva, counsel for the plaintiff, consents to the relief requested in this motion.

In making this Motion, Defendant reserves all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed and will be emailed to chambers.

WHEREFORE, the District requests that time be extended to Monday, October 29, 2007, to respond to the complaint herein.

Date: October 15, 2007            Respectfully submitted,

                                  LINDA SINGER
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

                                  /s/Kimberly Matthews Johnson
                                  KIMBERLY MATTHEWS JOHNSON, #435163
                                  Chief, General Litigation Sec. I

                                  /s/Michelle Davy

MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 15th day of October, 2007, that a copy of the foregoing

Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S.

mail, on:

**Robert Wade Goodson**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105

**Kathleen Roberta Hartnett**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Larry Darnell McAfee**
GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED
11 North Washington Street
Suite 400
Rockville, MD 20850

**Thomas Vincent Monahan, Jr.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202

**Deidre L. Robokos**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLC
1341 G Street, NW
Suite 500
Washington, DC 20005

**Bruce V. Spiva**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Karen R. Turner**
HAMILTON ALTMAN CANALE & DILLON, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814

        /s/Michelle Davy_____
        Michelle Davy
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 1:07-cv-01498 (RJL)** |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. R. Civ. Pro. 6 (b) and the inherent powers of this Court.

2. Bruce Spiva, counsel for the plaintiff, consents to the relief requested in this motion.

3. Nonetheless, this matter is involved. The additional time requested will permit the parties to complete investigating this case and litigate in a manner that serves their respective clients and aids the court.

4. There have been a number of delays outside the parties' control that have affected case timeframes. In particular, since her assignment to the instant case, the undersigned counsel has taken on additional cases from a colleague who left the office. In one of those inherited cases, counsel recently had to prepare for trial in the Superior Court, which necessitated taking time away from other tasks. Thus, counsel's current caseload has created scheduling conflicts that she did not anticipate when she was first assigned to this matter. Nonetheless, the parties are working cooperatively to move the case forward.

WHEREFORE, the District requests that time be extended to Friday, October 26, 2007,

to respond to the complaint herein.

| | |
|---|---|
| Date:  October 15, 2007 | Respectfully submitted, |
| | LINDA SINGER<br>Attorney General for the District of Columbia |
| | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
| | /s/Kimberly Matthews Johnson<br>KIMBERLY MATTHEWS JOHNSON, #435163<br>Chief, General Litigation Sec. I |
| | /s/Michelle Davy<br>MICHELLE DAVY, #454524<br>Assistant Attorney General<br>Sixth Floor South<br>441 4th Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6608; (202) 727-3625 (fax)<br>E-Mail: michelle.davy@dc.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 15th day of October, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

**Robert Wade Goodson**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105

**Kathleen Roberta Hartnett**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Larry Darnell McAfee**
GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED

11 North Washington Street
Suite 400
Rockville, MD 20850

**Thomas Vincent Monahan, Jr.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202

**Deidre L. Robokos**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLC
1341 G Street, NW
Suite 500
Washington, DC 20005

**Bruce V. Spiva**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Karen R. Turner**
HAMILTON ALTMAN CANALE & DILLON, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814

    /s/Michelle Davy_____
    Michelle Davy
    Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01498 (RJL) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant's motion be and hereby is GRANTED, and it is further

ORDERED, that Defendant may respond to the complaint herein by or before October 29, 2007.

SO ORDERED.

---

JUDGE RICHARD J. LEON

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C.  20001

**Robert Wade Goodson**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105

**Kathleen Roberta Hartnett**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Larry Darnell McAfee**
GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED
11 North Washington Street
Suite 400
Rockville, MD 20850

**Thomas Vincent Monahan, Jr.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202

**Deidre L. Robokos**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLC
1341 G Street, NW
Suite 500
Washington, DC 20005

**Bruce V. Spiva**
SPIVA & HARTNETT, LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

**Karen R. Turner**
HAMILTON ALTMAN CANALE & DILLON, LLC
4600 East-West Highway
Suite 201
Bethesda, MD 20814