IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY,                :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  : Case No. 1:07-cv-01498 (RJL)
                                     :
HOWARD UNIVERSITY, *et al.,*         :
                                     :
    Defendants.                      :
                                     :

## CERTIFICATE OF CORPORATE AFFILIATION
## AND FINANCIAL INTEREST PURSUANT TO LCvR 7.1

**COME NOW** the defendants, **Howard University** and **Howard University d/b/a Howard University Hospital,** by and through their attorneys, **Steven A. Hamilton, Esquire, Karen R. Turner, Esquire,** and **Hamilton Altman Canale & Dillon, LLC,** and hereby discloses the following regarding its corporate affiliations and financial interests:

I, the undersigned, counsel of record for **Howard University** and **Howard University d/b/a Howard University Hospital**, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of **Howard University** and/or **Howard University d/b/a Howard University Hospital**, which have outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

HAMILTON ALTMAN
CANALE & DILLON, LLC
Attorneys at Law
4600 East-West Highway
Suite 201
Bethesda, MD 20814

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By: /s/ Karen R. Turner
    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the 30th day of November, 2007, a copy of the foregoing was served electronically on:

    Bruce V. Spiva, Esquire
    Kathleen R. Hartnett, Esquire
    **Spiva & Hartnett LLP**
    1776 Massachusetts Avenue, N.W.
    Suite 600
    Washington, D.C. 20036

    James P. Gleason, Jr., Esquire
    Larry D. McAfee, Esquire
    Christopher R. Smith, Esquire
    **Gleason, Flynn, Emig**
      **& Fogleman, Chartered**
    11 North Washington Street
    Suite 400
    Rockville, Maryland 20850

HAMILTON ALTMAN
CANALE & DILLON, LLC
Attorneys at Law
4600 East-West Highway
Suite 201
Bethesda, MD 20814

2

Kimberly Matthews Johnson, Esquire
Michelle Davy, Esquire
Office of the Attorney General for the
   District of Columbia
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Thomas V. Monahan, Jr., Esquire
Adam Kelley, Esquire
**Goodell, DeVries, Leech & Dann, LLP**
One South Street
20th Floor
Baltimore, Maryland 21202

Robert W. Goodson, Esquire
Deidre L. Robokos, Esquire
**Wilson, Elser, Moskowitz,**
   **Edelman & Dicker, LLP**
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, D.C. 20005

                                              /s/ Karen R. Turner
                                            Karen R. Turner

HAMILTON ALTMAN
CANALE & DILLON, LLC
Attorneys at Law
4600 East-West Highway
Suite 201
Bethesda, MD 20814