**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY | * | |
|     Plaintiff | * | |
| vs. | * | Case No.: 1:07-CV-01498 M |
| | | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.* | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL AND MOTION TO REMOVE PLEADING**
**AND ATTACHMENTS FROM PUBLIC RECORD AND PLACE UNDER SEAL**

Defendant District Hospital Partners, LP t/a George Washington University Hospital ("Defendant"), by and through its undersigned counsel, hereby withdraws its Rule 26(a) Initial Disclosures and all Attachments thereto. Defendant further requests that the Court remove the Rule 26(a) Initial Disclosures and Attachments from the public record and place them under seal. This request is made out of concern for Plaintiff's privacy interests, as Plaintiff's private medical records and information about her identity were mistakenly filed as an Attachment to the Rule 26(a) Initial Disclosures at issue. If the Rule 26(a) Initial Disclosures and Attachments are not placed under seal, there is a significant risk that Plaintiff's private information may be compromised.

**WHEREFORE**, for the reasons set forth above, Defendant District Hospital Partners, LP t/a George Washington University Hospital respectfully requests that this Court enter the attached Order withdrawing Defendant's Rule 26(a) Initial Disclosures and Attachments, removing the same from the public record, and placing the same under seal.

Respectfully submitted,

*/s/ Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar No. 457213)
Adam Kelley (DC Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland   21202
(410) 783-4000
*Counsel for Defendant District Hospital Partners, LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2008, the foregoing Notice of Withdrawal and Motion to Remove Pleading and Attachments from Public Record and Place Under Seal was served electronically upon all parties of record and faxed to the chambers of the Honorable Richard J. Leon.

                                                                   */s/ Thomas V. Monahan, Jr.*
                                                                   Thomas V. Monahan, Jr.

4837-5806-4898

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY | * | |
|    Plaintiff | * | |
| vs. | * | Case No.: 1:07-CV-01498 M |
| | | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.* | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant District Hospital Partners, LP t/a George Washington University Hospital's Notice of Withdrawal and Motion to Remove Pleading and Attachments from Public Record and Place Under Seal, it is this _____ day of _____, 2008;

**ORDERED,** that the Notice of Withdrawal and Motion to Remove Pleading and Attachments from Public Record and Place Under Seal is hereby **GRANTED**, and it is further

**ORDERED,** that Defendant District Hospital Partners, LP t/a George Washington University Hospital's Rule 26(a) Initial Disclosures and all Attachments thereto are hereby withdrawn; and it is further

**ORDERED,** that Defendant District Hospital Partners, LP t/a George Washington University Hospital's Rule 26(a) Initial Disclosures and all Attachments thereto shall be removed from the public record and placed under seal.

_____
The Honorable Richard J. Leon