IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY         :
                             :
    Plaintiff,                :
                             :    Case No. 1:07-CV-01498
v.                           :    Judge: Richard J. Leon
                             :
DISTRICT OF COLUMBIA, et al.  :
                             :
    Defendants.               :

## F.R.C.P. 26 (a)(1) INITIAL DISCLOSURES OF DEFENDANT THE GEORGE WASHINGTON UNIVERSITY

Defendant The George Washington University ("GWU"), by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby submits its initial disclosures and states as follows:

(A)     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**DISCLOSURE:**     Discovery is ongoing, and consequently, this disclosure is incomplete at this time due to the defendant's inability at this time to have secured all medical records and information relating to the incident which is the subject of this case. Accordingly, based upon the records and information available at this time, Defendant GWU preliminarily and in incomplete fashion discloses the following individuals as likely having discoverable information that the defendant may use to support its defenses in this case:

1.  Christopher Lang, M.D.
    c/o Robert W. Goodson, Esquire
    Deidre L. Robokos, Esquire
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    The Colorado Building
    1341 G St., N.W., Suite 500
    Washington, D.C. 20005

Upon information and belief, Dr. Lang may have knowledge regarding the care and treatment rendered to Plaintiff McGaughey at George Washington University Hospital and the procedure(s) for forensic testing of alleged rape victims.

    2.    Nini Khozeimeh, M.D.
           c/o James P. Gleason, Jr., Esquire
           Larry D. McAfee, Esquire
           Gleason, Flynn, Emig & Fogleman, Chartered
           11 North Washington Street
           Suite 400
           Washington, D.C. 20850

Dr. Khozeimeh may have knowledge regarding the care and treatment rendered to Plaintiff McGaughey at George Washington University Hospital and the procedure(s) for forensic testing of alleged rape victims.

    3.    Victoria Autry, R.N.
    4.    Kathleen Wahlgren, R.N.
    5.    Christine Barron, RN.
           c/o Thomas Monahan, Jr. Esquire
           Adam Kelly, Esquire
           Goodell, Devries, Leech & Dann, LLP
           One South Street
           Suite 2000
           Baltimore, Maryland 21202

Upon information and belief, these George Washington University Hospital nurses may have knowledge regarding the care and treatment rendered to Plaintiff McGaughey at George Washington University Hospital and the procedure(s) for forensic testing of alleged rape victims.

    6.    Officer Fields
    7.    Detective Spriggs (or Briggs)
    8.    Detective Marshall
           c/o Michelle Hamilton Davy, Esq.
           Office of the Attorney General for the District of Columbia
           Room 6S085
           441 4th Street, N.W.
           Washington, D.C. 20007

Upon information and belief, Officer Fields and Detectives Briggs and Marshall may have knowledge regarding the investigation into Plaintiff McGaughey alleged sexual assault and the District of Columbia's policy(ies) and procedure(s) for forensic testing of alleged rape victims.

      9.      Nurse Penn
               c/o Karen R. Turner, Esquire
               Hamilton, Altman, Canale & Dillon, LLC
               4600 East-West Highway
               Bethesda, Maryland 20814

Upon information and belief, Nurse Penn is a SANE nurse at Howard University Hospital. Nurse Penn may have knowledge regarding the care and treatment of Plaintiff McGaughey at Howard University Hospital and the procedure for forensic testing of alleged rape victims.

      10.     Defendant GWU reserves the right to call as a witness at trial in support of its defenses any individual and/or healthcare provider from:

             a.    Metropolitan Police Department;
             b.    George Washington University Hospital; or
             c.    Howard University Hospital;

Upon information and belief, these individuals may have knowledge regarding the investigation into Plaintiff McGaughey alleged sexual assault, the District of Columbia's policy(ies) and procedure(s) for forensic testing of alleged rape victims, and/or the care and treatment rendered to Plaintiff McGaughey at George Washington University Hospital or Howard University Hospital. Neither Defendant GWU nor its counsel is in possession of the records of the Metropolitan Police Department or Howard University Hospital, and consequently, cannot specifically identify any individual from these entities at this time. Defendant GWU reserves the right to specifically identify all such individuals as discovery proceeds.

11.   Defendant GWU reserves the right to call as a witness at trial in support of its defenses any individual who may have witnessed the alleged sexual assault and/or the plaintiff before and after the alleged sexual assault.  Defendant GWU reserves the right to specifically identify all such individuals as discovery proceeds.

(B)   A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**DISCLOSURE:**   Defendant GWU expects to use plaintiff's medical records to support their defenses.  Attached hereto are copies of plaintiff's medical records from the George Washington University Hospital, which are the only medical records presently possessed by Defendant GWU and its attorneys.  Defendant GWU reserves the right to rely upon additional documents identified and/or obtained as discovery proceeds.

(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected form disclosures, on which such computation is based including materials bearing on the nature and extent of injuries suffered.

**DISCLOSURE:**   Not applicable.  Damages disclosures to be made by Plaintiff.

(D)   For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:** Defendant The George Washington University is self-insured for purposes of the claims alleged against it in the above-captioned case. Defendant GWU is insured through a self-insurance trust maintained by the defendant for an amount which far exceeds what is believed to be a likely award that may result from any adverse verdict against this defendant.

> Respectfully submitted,
>
> GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED
>
> */s/ James P. Gleason, Jr.*
> James P. Gleason, Jr. #291005
>
> */s/ Larry D. McAfee*
> Larry D. McAfee #457226
>
> */s/ Christopher R. Smith*
> Christopher R. Smith # 477393
> 11 North Washington Street
> Suite 400
> Rockville, Maryland 20850
> (301) 294-2110
>
> **Counsel for Defendant The George Washington University**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing F.R.C.P. 26(a)(1) Initial Disclosures of Defendant The George Washington University was mailed, postage prepaid, this 25th day of January 2008, to:

> Bruce V. Spiva, Esquire
> Kathleen R. Hartnett, Esquire
> Spiva & Hartnett LLP
> 1776 Massachusetts Avenue, N.W.
> Suite 600
> Washington, D.C. 20036
>
> Michelle Hamilton Davy, Esq.
> Office of the Attorney General for the District of Columbia
> Room 6S085
> 441 4th Street, N.W.
> Washington, D.C. 20007
>
> Karen R. Turner, Esquire
> Hamilton, Altman, Canale & Dillon, LLC
> 4600 East-West Highway
> Bethesda, Maryland 20814
>
> Thomas Monahan, Jr. Esquire
> Adam Kelly, Esquire
> Goodell, Devries, Leech & Dann, LLP
> One South Street
> Suite 2000
> Baltimore, Maryland 21202
>
> Robert W. Goodson, Esquire
> Deidre L. Robokos, Esquire
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> The Colorado Building
> 1341 G St., N.W.
> Suite 500
> Washington, DC 20005

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher R. Smith
　　　　　　　　　　　　　　　　　　　　　　Christopher R. Smith