IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-CV-01498 (RJL) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to United States District Court for the District of Columbia Rule 83.2(d), Deidre L. Robokos, counsel for defendant, Christopher Lang, M.D., respectfully moves this Court for an Order, entering the appearance of Christine M. Costantino, *pro hac vice*, on behalf of defendant Christopher Lang, M.D., in the above-captioned matter. As grounds for this Motion, defendant Christopher Lang, M.D. proffers the following:

1. Counsel for plaintiff and co-defendants consented to this Motion.

2. Pursuant to the United States District Court for the District of Columbia Rule 83.2(d), attaches as Exhibit 1 is an Affirmation signed by Christine M. Costantino, including all requisite information.

WHEREFORE, defendant Christopher Lang, M.D., respectfully moves this Honorable Court to enter the attached Order, entering the appearance of Christine M. Costantino, *pro hac vice*.

290573.1

Dated: February 28, 2008                    Respectfully submitted,
                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER, LLP

                                            */s/ Deidre L. Robokos*
                                            Deidre L. Robokos, #492013
                                            1341 G Street, N.W.
                                            Fifth Floor
                                            Washington, D.C. 20005
                                            Deidre.Robokos@wilsonelser.com
                                            (202) 626-7660
                                            (202) 628-3606 (facsimile)
                                            *Counsel for Defendant Christopher Lang, M.D.*

290573.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Admission *Pro Hac Vice,* Affirmation of Christine Costantino and proposed Order was sent via electronic filing on this 28th day of February 2008 to:

>Bruce V. Spiva, Esq.
>Kathleen R. Hartnett, Esq.
>Spiva & Hartnett, LLP
>1776 Massachusetts Avenue, NW, Suite 600
>Washington, DC 20036
>*Counsel for Plaintiff*
>
>Michelle Daly, Esq.
>Office of the Attorney General for the District of Columbia
>Sixth Floor South
>441 4th Street, N.W.
>Washington, DC 20001
>*Counsel for Defendant District of Columbia*
>
>Steven A. Hamilton, Esq.
>Karen R. Turner, Esq.
>Harmilton Altman Canale & Dillon, LLC
>4600 East-West Highway, Suite 201
>Bethesda, MD 20814
>*Counsel for Howard University; Howard University Hospital;*
>*Wendie Williams, M.D.; Dawit Yohannes, M.D.*
>
>Thomas V. Monahan, Jr., Esq.
>Adam Kelley, Esq.
>Goodell, DeVries, Leech & Dann, LLP
>One South Street, 20th Floor
>Baltimore, MD 21202
>*Counsel for Defendant District Hospital Partners, LP*

290573.1

Gleason, Flynn, Emig & Fogleman, Chartered
James P. Gleason, Jr., Esq.
Larry D. VcAffee, Esq.
Christopher R. Smith, Esq.
11 North Washington Street, Suite 400
Rockville, MD 20850
*Counsel for Defendant The George Washington University*

                                      */s/ Deidre L. Robokos*
                                      Deidre L. Robokos, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALEXANDRIA MCGAUGHEY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:07-CV-01498 (RJL) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, et al., | ) ) | |
| Defendants. | ) ) ) | |

### AFFIDAVIT OF CHRISTINE M. COSTANTINO

I, Christine Costantino, do solemnly affirm under penalties of perjury that:

1. My full name is Christine Mary Costantino;

2. I am an associate at Wilson Elser Moskowitz Edelman & Dicker LLP, 1341 G Street, N.W., Fifth Floor, Washington D.C., 20005. My telephone number is 202-626-7660;

3. I am a member in good standing of the highest court of the State of Maryland;

4. There are no disciplinary complaints pending against me for violation of the rules of the courts of any state and I have not been suspended or disbarred for disciplinary reasons from practice in any court;

5. This is my first application for admission *pro hac vice* in this Court;

6. My application to the District of Columbia Bar is currently pending.

290573.1

     I acknowledge the jurisdiction of the federal court of the District of Columbia over my professional conduct, and I agree to be bound by the U.S. District Court for the District of Columbia's Rules of Professional Conduct, in this matter, if I am admitted pro hac vice.

                                             _____
                                             Christine M. Costantino

                                             2/28/08
                                           Date

Subscribed and sworn to before me this 28th day of February 2008.

                                           Notary Public _____

Ryan W. Davenport
Notary Public, District of Columbia
My Commission Expires 8/14/2012

My Commission Expires: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:07-CV-01498 (RJL) <br> ) <br> ) |
| DISTRICT OF COLUMBIA, et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION of the Consent Motion For Admission *Pro Hac Vice* filed by defendant Christopher Lang, M.D., there being no opposition thereto and good cause therefore, it is this ____ day of _____, 2008, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that Christine M. Costantino is permitted to serve as co-counsel for defendant Christopher Lang, M.D., in this action.

_____
Judge
The United States District Court for the District of Columbia

290573.1