### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 1:07-cv-01498 (RJL) |
| | : |
| HOWARD UNIVERSITY, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

### NOTICE OF VIDEOTAPED DEPOSITION OF ALEXANDRIA MCGAUGHEY

**PLEASE TAKE NOTICE**, that the defendants **Howard University, Howard University d/b/a/ Howard University Hosptial, Wendie Williams, M.D.,** and **Dawit Yohannes, M.D.,** by and through their attorneys, **Steven A. Hamilton, Esquire, Karen R. Turner, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** will take the videotaped deposition of Plaintiff **Alexandria McGaughey** on the **1st** day of **April**, **2008** at **9:00 a.m.** at the law offices of **Spiva & Hartnett, LLP, 1776 Massachusetts Avenue, N.W., Suite 600, Washington, D.C. 20036** for the purpose of discovery in the above-captioned matter.

Said deposition is to be taken before an officer authorized to administer oath in the District of Columbia.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By /s/ *Karen R. Turner*

Steven A. Hamilton (D.C. Bar No. 953539)
steven.hamilton@hacdlaw.com
Karen R. Turner (D.C. Bar No. 434543)
karen.turner@hacdlaw.com
4600 East-West Highway
Suite 201
Bethesda, Maryland 20814
301-652-7332
Attorneys for Defendants Howard University,
Howard University d/b/a Howard University
Hospital, Dawit Yohannes, M.D., and
Wendie Williams, M.D.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : **Case No. 1:07-cv-01498 (RJL)** |
| | : |
| **HOWARD UNIVERSITY,** *et al.,* | : |
| | : |
| **Defendants.** | : |
| _____ | : |

**CERTIFICATE REGARDING DISCOVERY**

**I HEREBY CERTIFY** that on the **13th** day of **March, 2008**, I served on all counsel or pro se parties hereto Defendants' Howard University, Howard University d/b/a/ Howard University Hospital, Wendie Williams, M.D., and Dawit Yohannes, M.D.'s, Notice of Videotaped Deposition of Plaintiff Alexandria McGaughey, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By /s/ *Karen R. Turner*

    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the **13th** day of **March,** 2008, a copy of the foregoing was served electronically on:

> Bruce V. Spiva, Esquire
> Kathleen R. Hartnett, Esquire
> **Spiva & Hartnett LLP**
> 1776 Massachusetts Avenue, N.W.
> Suite 600
> Washington, D.C.  20036
>
> James P. Gleason, Jr., Esquire
> Larry D. McAfee, Esquire
> Christopher R. Smith, Esquire
> **Gleason, Flynn, Emig**
>   **& Fogleman, Chartered**
> 11 North Washington Street
> Suite 400
> Rockville, Maryland  20850
>
> Kimberly Matthews Johnson, Esquire
> Michelle Davy, Esquire
> Office of the Attorney General for the
>   District of Columbia
> Civil Litigation Division
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C.  20001
>
> Thomas V. Monahan, Jr., Esquire
> Adam Kelley, Esquire
> **Goodell, DeVries, Leech & Dann, LLP**
> One South Street
> 20th Floor
> Baltimore, Maryland 21202

Robert W. Goodson, Esquire
Deidre L. Robokos, Esquire
Christine M. Costantino, Esquire, *Pro Hac Vice*
**Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP**
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, D.C.  20005


By /s/ *Karen R. Turner*
Karen R. Turner

4