IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:07-CV-01498 M |
| | | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this 18th day of March 2008, copies of Defendant George Washington University Hospital's Interrogatories to Plaintiff and of this Notice of Service of Discovery Materials were served electronically upon all parties of record.

Respectfully submitted,

*/s/ Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (DC Bar No. 457213)
Adam Kelley (DC Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Counsel for Defendant District Hospital Partners, LP*