UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07-CV-01498 (RJL) |
| : | |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

**OPPOSITION TO PLAINTIFF'S PARTIAL CONSENT
MOTION TO MODIFY SCHEDULING ORDER AND INCREASE
NUMBER OF DEPOSITIONS PLAINTIFF MAY TAKE**

Defendant District of Columbia ("District"), by and through undersigned counsel, herein opposes Plaintiff's Partial Consent Motion to Modify Scheduling Order and Increase Number of Depositions Plaintiff May Take.

**I.   PRELIMINARY STATEMENT**

This case stems from a December 9, 2006, incident in which Plaintiff Alexandria McGaughey — a then 19-year old Howard University student — claims she was likely anally penetrated after being given a date rape drug at an off-campus party.  See Complaint at ¶ 1 (emphasis added).  On August 21, 2007, Plaintiff filed this action alleging that the District of Columbia negligently hired, trained and supervised certain officers of the Metropolitan Police Department who negligently failed to investigate her sexual assault allegations and, otherwise, negligently led hospital personnel to believe that police approval was required before hospital personnel could collect certain sexual assault-related forensic evidence.

On December 12, 2007, the parties filed their joint Meet and Confer Statement. While plaintiff indicated in the parties' statement a possible need to take more than 10 depositions, she gave no indication that she would need and/or seek leave to take a total of 32 depositions. See Docket Entry #19. Plaintiff has failed to set forth good cause as to why this Court should grant her leave to take 32 depositions in this matter. See Motion, generally.

The District believes that the public duty doctrine bars this lawsuit against it and intends to file a motion for judgment on the pleadings, and/or for summary judgment on that basis. The District can not in good faith agree to plaintiff's requested relief because it would be an undue burden on this defendant. Therefore, the District asks this Court to deny plaintiff's requested relief.

## IV.  CONCLUSION

For the foregoing reasons, this Court should deny plaintiff's Partial Consent Motion to Modify Scheduling Order and Increase Number of Depositions Plaintiff May Take.

Dated: April 10, 2008                    Respectfully Submitted,

                                         PETER J. NICKLES
                                         Interim Attorney General

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General
                                         Civil Litigation Division

                                         _____/s/_____
                                         PATRICIA A. JONES [428132]
                                         Chief, General Litigation, Section IV

— 3 —

      By:      _____/s/_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No. 1:07-CV-01498 (RJL)** |
| : | |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of Plaintiff's Partial Consent Motion to Modify Scheduling Order and Increase Number of Depositions Plaintiff May Take, the District of Columbia's opposition thereto, and the record herein, it is this _____ day of

_____, 2008,

ORDERED:  that Plaintiff's Motion is hereby DENIED.


SO ORDERED this _____ day of  _____, 2008


_____
**HON. RICHARD J. LEON**
**United States District Court for the District of Columbia**