IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Case No. 1:07-cv-01498 (RJL) |
| : | |
| **HOWARD UNIVERSITY,** *et al.,* : | |
| : | |
| Defendants. : | |
| _____: | |

### NOTICE OF VIDEOTAPED DEPOSITIONS OF SADE DIKE & KEIRSTON REID

**PLEASE TAKE NOTICE**, that the defendants **Howard University, Howard University d/b/a/ Howard University Hosptial, Wendie Williams, M.D.,** and **Dawit Yohannes, M.D.,** by and through their attorneys, **Steven A. Hamilton, Esquire, Karen R. Turner, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** will take the videotaped depositions of the following individuals on the **1st** day of **May**, **2008** at the law offices of **Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P., 1341 G Street, N.W., The Colorado Building, Suite 500, Washington, D.C. 20005** for the purpose of discovery in the above-captioned matter.

| **NAME** | **TIME** |
|---|---|
| **Sade Dike** | 9:00 a.m. |
| **Keirston Reid** | 1:00 p.m. |

Said depositions are to be taken before an officer authorized to administer oath in the District of Columbia.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**


By /s/ *Karen R. Turner*
    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** | : |
| Plaintiff, | : |
| vs. | : Case No. 1:07-cv-01498 (RJL) |
| **HOWARD UNIVERSITY,** *et al.*, | : |
| Defendants. | : |
| _____ | : |

**CERTIFICATE REGARDING DISCOVERY**

**I HEREBY CERTIFY** that on the **23rd** day of **April, 2008**, I served on all counsel or pro se parties hereto Defendants' Howard University, Howard University d/b/a/ Howard University Hospital, Wendie Williams, M.D., and Dawit Yohannes, M.D.'s, Notice of Videotaped Depositions of Sade Dike and Keirston Reid, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

...

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By /s/ *Karen R. Turner*

    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on the **23rd** day of **April,** 2008, a copy of the foregoing was served electronically on:

Bruce V. Spiva, Esquire
Kathleen R. Hartnett, Esquire
**Spiva & Hartnett LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C.  20036

James P. Gleason, Jr., Esquire
Larry D. McAfee, Esquire
Christopher R. Smith, Esquire
**Gleason, Flynn, Emig**
   **& Fogleman, Chartered**
11 North Washington Street
Suite 400
Rockville, Maryland  20850

Kimberly Matthews Johnson, Esquire
Dwayne Jefferson, Esquire
Office of the Attorney General for the
   District of Columbia
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C.  20001

Thomas V. Monahan, Jr., Esquire
Adam Kelley, Esquire
**Goodell, DeVries, Leech & Dann, LLP**
One South Street
20th Floor
Baltimore, Maryland 21202

Robert W. Goodson, Esquire
Deidre L. Robokos, Esquire
Christine M. Costantino, Esquire, *Pro Hac Vice*
**Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP**
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, D.C.  20005


By /s/ *Karen R. Turner*
Karen R. Turner

4