**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY ) | |
| ) | CA No. 1:07-cv-01498 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOWARD UNIVERSITY, *et al.* ) | |
| ) | |
| Defendants ) | |
| _____) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

The Clerk of said Court will please **withdraw** the appearance of Darrell Chambers, Assistant Attorney General, on behalf of Defendant, the District of Columbia. Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and has appeared pursuant to LCvR 83.2.

Respectfully submitted,

PETER NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\S\  KIMBERLY M. JOHNSON
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I

\S\  DARRELL CHAMBERS
DARRELL CHAMBERS
Assistant Attorney General
441 4TH Street, N.W., 6th Floor South
Washington, D.C.  20001
darrell.chambers@dc.gov
202-724-6539; 202-727-3625