### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 1:07-cv-01498 (RJL) |
| | : |
| HOWARD UNIVERSITY, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF KEIRSTON REID

**PLEASE TAKE NOTICE**, that the defendants **Howard University, Howard University d/b/a/ Howard University Hospital, Wendie Williams, M.D., and Dawit Yohannes, M.D.,** by and through their attorneys, **Steven A. Hamilton, Esquire, Karen R. Turner, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** will take the videotaped deposition of Keirston Reid on the **21st** day of **May**, **2008 at 9:30 a.m.,** at the law offices of **Hamilton, Altman, Canale & Dillon, LLC, 4600 East-West Highway, Suite 201, Bethesda, Maryland 20814 (301-652-7332),** for the purpose of discovery in the above-captioned matter.

Said deposition is to be taken before an officer authorized to administer oath in the state of Maryland.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By /s/ *Karen R. Turner*

    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
|     vs. | :   **Case No. 1:07-cv-01498 (RJL)** |
| | : |
| **HOWARD UNIVERSITY,** *et al.,* | : |
| | : |
|     **Defendants.** | : |
| _____ | : |

### CERTIFICATE REGARDING DISCOVERY

    **I HEREBY CERTIFY** that on the **20th** day of **May, 2008**, I served on all counsel or pro se parties hereto Defendants' Howard University, Howard University d/b/a/ Howard University Hospital, Wendie Williams, M.D., and Dawit Yohannes, M.D.'s, Amended Notice of Videotaped Deposition of Keirston Reid, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By /s/ *Karen R. Turner*
    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    Attorneys for Defendants Howard University,
    Howard University d/b/a Howard University
    Hospital, Dawit Yohannes, M.D., and
    Wendie Williams, M.D.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the **20th** day of **May,** 2008, a copy of the foregoing was served electronically on:

        Bruce V. Spiva, Esquire
        Kathleen R. Hartnett, Esquire
        **Spiva & Hartnett LLP**
        1776 Massachusetts Avenue, N.W.
        Suite 600
        Washington, D.C.  20036

        James P. Gleason, Jr., Esquire
        Larry D. McAfee, Esquire
        Christopher R. Smith, Esquire
        **Gleason, Flynn, Emig**
          **& Fogleman, Chartered**
        11 North Washington Street
        Suite 400
        Rockville, Maryland  20850

        Kimberly Matthews Johnson, Esquire
        Dwayne Jefferson, Esquire
        Office of the Attorney General for the
          District of Columbia
        Civil Litigation Division
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001

        Thomas V. Monahan, Jr., Esquire
        Adam Kelley, Esquire
        **Goodell, DeVries, Leech & Dann, LLP**
        One South Street
        20th Floor
        Baltimore, Maryland 21202

Robert W. Goodson, Esquire
Deidre L. Robokos, Esquire
Christine M. Costantino, Esquire, *Pro Hac Vice*
**Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP**
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, D.C.  20005


By /s/ *Karen R. Turner*
Karen R. Turner

4