UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | Case No. 1:07-CV-01498 (RJL) |
| : | |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Will the Clerk of the Court please **enter** the appearances of Dwayne C. Jefferson, Assistant Attorney General (**as lead counsel**) and Zuberi Bakari Williams Assistant Attorney General (**as counsel**) on behalf of Defendant District of Columbia and **withdraw** the appearance of Darrell Chambers, Assistant Attorney General, as counsel of record.

    Respectfully Submitted,

    PETER J. NICKELS
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

/s/Zuberi B. Williams_____
DWAYNE C. JEFFERSON[1]
ZUBERI BAKARI WILLIAMS[2]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6th Floor South
Washington, D.C. 20001
Office: (202) 724-6649; (202) 727-6295
Facsimile: (202) 730-0623
Email: Dwayne.Jefferson@dc.gov
           Zuberi.Williams@dc.gov

---

[1] Mr. Jefferson appears under Rule 49 (c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.
[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.