UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRIA MCGAUGHEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07-CV-01498 (RJL) |
| : | |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## WITHDRAWAL OF APPEARANCE

Will the Clerk of the Court please **withdraw** the appearance of Zuberi Bakari Williams, Assistant Attorney General Assistant Attorney General, as counsel of record for the District of Columbia.

        Respectfully Submitted,

        PETER J. NICKELS
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

— 2 —

        /s/Zuberi B. Williams_____
DWAYNE C. JEFFERSON[1]
ZUBERI BAKARI WILLIAMS[2]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6th Floor South
Washington, D.C. 20001
Office: (202) 724-6649; (202) 727-6295
Facsimile: (202) 730-0623
Email: Dwayne.Jefferson@dc.gov
       Zuberi.Williams@dc.gov

---

[1] Mr. Jefferson appears under Rule 49 (c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.
2 Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.