IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA McGAUGHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-01498 (RJL) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE AMENDED PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), Plaintiff Alexandria McGaughey, through counsel, respectfully moves the Court, for good cause shown, for an extension of time to amend pleadings or join parties. Although Plaintiff does not at this time anticipate the need to add any additional parties to this action, Plaintiff may need to amend her Complaint depending upon the result of ongoing discovery. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff contacted counsel for all Defendants and asked for their consent to the relief requested in this motion, but only one, counsel for Dr. Lang, responded.[1]

**STATEMENT OF POINTS AND AUTHORITIES**

On April 16, 2008, the Court modified its prior Scheduling Order and extended all deadlines in this matter by two months. This included moving the deadline for fact discovery from May 16, 2008 to July 16, 2008, and the deadline to amend pleadings and join parties from April 16, 2008 to June 16, 2008. The Court stated in its Order that "[t]he Court will entertain motions on further extensions or increases in the number of depositions, if necessary, at a later

---

[1] Dr. Lang's counsel does not consent to the extension.

date." Minute Order, April 16, 2006.

Plaintiffs' counsel has worked diligently to pursue necessary discovery against the eight Defendants, but there remain many critical witnesses who need to be deposed, including numerous sexual assault detectives and other police personnel from the Metropolitan Police Department as well as two doctors and other medical personnel who were directly involved in responding to Plaintiff's case (from both Howard University Hospital and George Washington University Hospital).[2] There is also significant outstanding written discovery that Plaintiff seeks from Defendants that has yet to be produced. Given the scope of outstanding discovery, Plaintiff requests an extension of time to file any amendments to her pleadings, which will permit her to take additional discovery to determine whether any such amendments are necessary.

The Court's Scheduling Order set forth a deadline (initially, at the request of all parties) for amending pleadings and joining parties one month prior to the close of discovery, presumably to permit the parties to take sufficient discovery to determine if they needed to amend pleadings or add parties, but also to permit additional discovery that might be necessitated by any amendments. Despite counsel's best efforts, Plaintiff has been able to take only a fraction of the depositions necessary to prepare her case or determine whether Plaintiff needs to amend her Complaint (and has received incomplete document productions from some Defendants). Moreover, because of the large number of important witnesses who have yet to be deposed, Plaintiff intends to move the Court prior to the current close of discovery for an extension of the discovery schedule and a further enlargement of the number of witnesses that she may depose, as

---

[2] To date, Plaintiff has taken nine depositions and defended four depositions, and has either scheduled or attempted to schedule another eleven depositions prior to the current close of fact discovery on July 16, 2008. Even if Plaintiff successfully schedules all of those depositions – a daunting challenge given the need to work with the schedules of six different counsel – there will be a number of additional critical fact witnesses, as well as Rule 30(b)(6) depositions, that Plaintiff will request leave of Court to take.

the Court indicated it would entertain in its April 16 Order. Should the Court extend the discovery schedule, moving the date for amendments and joinder of parties would keep the discovery schedule in synch with the amendment and joinder schedule originally contemplated – allowing Plaintiff time to take additional discovery to determine if amendment is necessary, and, if Plaintiff amends her Complaint, permitting Defendants sufficient time to take any additional discovery necessitated by such amendment. Plaintiff is likely to request an additional two month extension of the discovery schedule and all other remaining deadlines, and therefore, likewise requests that the Court extend the deadline for amendments and joinder of parties by two months.[3]

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline for amending pleadings and joining parties by two months.

Dated: June 16, 2008                    Respectfully submitted,

/s/ Bruce V. Spiva
Bruce V. Spiva, D.C. Bar. No. 443754
  bspiva@spivahartnett.com
Kathleen R. Hartnett, D.C. Bar. No. 483250
  khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

*Counsel for Plaintiff*

---

[3] In Plaintiff's March 27, 2008 Partial Consent Motion to Modify Scheduling Order and Enlarge Number of Depositions Plaintiff May Take, Plaintiff requested an extension of four months and an increase in the number of depositions Plaintiff could take to thirty-two depositions. The Court granted that motion in part (granting a two-month extension and enlarging the number of depositions Plaintiff could take to twenty) and indicated that the Court would entertain motions for further extensions and enlargements in the number of depositions if necessary. Plaintiff will file such a motion prior to July 16, 2008, setting forth in detail the need for the additional depositions that Plaintiff proposes.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA McGAUGHEY,         )<br>                                                         )<br>            Plaintiff,                        )<br>                                                         )   Case No. 1:07-cv-01498 (RJL)<br>v.                                                    )<br>                                                         )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>                                                         )<br>                                                         )<br>            Defendants.                  )<br>_____) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE AMENDED PLEADINGS

WHEREAS, Plaintiff has moved the Court to enlarge the time to file amended pleadings and join parties by two months; and

WHEREAS, the Court finds Plaintiff has shown good cause for a two-month enlargement of the deadline to file amended pleadings and join parties set forth in the Court's April 16, 2008 Scheduling Order; it is

ORDERED that the deadline to amend pleadings or join parties is extended from June 16, 2008 to August 18, 2008.

So ORDERED this _____ day of _____, 2008

_____
Honorable Richard J. Leon

Copies to:

Bruce V. Spiva, D.C. Bar. No. 443754
  bspiva@spivahartnett.com
Kathleen R. Hartnett, D.C. Bar. No. 483250
  khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036
Telephone:  (202) 785-0601
Facsimile:  (202) 785-0697

*Counsel for Plaintiff*

Karen R. Turner, D.C. Bar No. 434543
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON, LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814
Telephone:  (301) 652-7332

*Counsel for Defendants Howard University; Howard University Hospital; Wendie Williams, M.D.; Dawit Yohannes, M.D.*

DWAYNE C. JEFFERSON, D.C. BAR NO. 980813
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
Sixth Floor South, 441 4th Street, N.W.
Washington, DC 20001
Telephone:  (202) 724-6649
Facsimile (202) 741-0554

*Counsel for Defendant District of Columbia*

Robert W. Goodson,  D.C. Bar No. 935239
  Robert.Goodson@wilsonelser.com
Deidre L. Robokos, D.C. Bar No. 492013
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

2

The Colorado Building
1341 G Street, NW, Suite 500
Washington, D.C. 20005
Telephone:  (202) 626-7660
Facsimile:  (202) 628-3606

*Counsel for Defendant Christopher Lang, M.D.*


Thomas V. Monahan, Jr., Bar No. 04471
  tvm@gdldlaw.com
Adam Kelley, Bar No. 26663
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Telephone: (410) 783-4000

*Counsel for Defendant District Hospital Partners, LP*


James P. Gleason, Jr., D.C. Bar No. 291005
Larry D. McAfee, D.C. Bar No. 457226
  lmcafee@gleason-law.com
Christopher R. Smith, D.C. Bar No. 477393
GLEASON, FLYNN, EMIG & FOGLEMAN, Chartered
11 North Washington Street, Suite 400
Rockville, MD 20850
Telephone:  (301) 294-2110

*Counsel for Defendant The George Washington University*