UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:07-CV-01498 (RJL) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MOTION FOR PROTECTIVE ORDER STAYING
ALL DISCOVERY DIRECTED TO THE DISTRICT OF COLUMBIA**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully moves this Honorable Court for a protective order staying all discovery directed to the District — including, but not limited to, the discovery depositions of Metropolitan Police Department ("MPD") witnesses — in this action pending the resolution of the District's Motion for Judgment on the Pleadings [Docket #41]. Because the Motion for Judgment on the Pleadings will, if granted, dispose of Plaintiff's entire lawsuit against the District, a stay of District-related discovery until the motion is resolved will protect all parties against needless expenditure of time, money, and resources. This is particularly true given that no factual discovery is needed in order to resolve the questions presented by the Motion for Judgment on the Pleadings.

Issuing a temporary stay pending the resolution of the District's motion is well within this Court's powers under Federal Rule of Civil Procedure 26. Courts routinely stay discovery in situations such as this, and Plaintiff would not be prejudiced by the

requested stay.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


____/s/ Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295; (202) 741-0554 fax
dwayne.jefferson@dc.gov


CERTIFICATE PURSUANT TO RULE 7(m)

In advance of filing this motion, counsel for Defendant first raised the relief

herein sought by letter dated June 16, 2008.  Thereafter, plaintiff began scheduling

depositions of District's witnesses.  The District voluntarily produced its witnesses, but

continued production of witnesses is costly and will not lead to evidence that is relevant

to Plaintiff's claims against this Defendant.  Therefore, the District moves to preclude the

depositions of further District witnesses until resolution of its pending dispositive motion.


____/s/ Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA MCGAUGHEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:07-CV-01498 (RJL) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### MEMORANDUM AND POINTS OF AUTHORITY SUPPORTING THE MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY DIRECTED TO THE DISTRICT OF COLUMBIA

In support of its Motion for Protective Order Staying All Discovery Directed to the District of Columbia, the District submits its supporting memorandum of points and authorities.

### BACKGROUND

On August 21, 2007, Plaintiff filed this action alleging that the District of Columbia negligently hired, trained and supervised certain Metropolitan Police Department ("MPD") officers who, negligently failed to investigate her sexual assault allegations and, otherwise, negligently led hospital personnel to believe that police approval was required before hospital personnel could collect certain sexual assault-related forensic evidence. The basic premise of Plaintiff's argument is that had MPD officers properly investigated her sexual assault allegations (i.e., by administering the sex kit she requested and interviewing other persons involved), then she would not have been deprived of the opportunity to see her assailant brought to justice. *See, e.g.* Complaint at ¶¶ 97 & 101.

On June 16, 2008, the District moved for judgment on the pleadings [Docket #41] because responding to reports of — and investigating — criminal activity are duties that law enforcement owe to the public as a whole, not to any specific individual, absent special circumstances.  By electronic mail dated July 9, 2008, Plaintiff provided Defendant with five (5) notices scheduling the following depositions of MPD witnesses:

| | |
|---|---|
| 07/14/08 | Detective Wandella Fields |
| | Sergeant George Maradiaga |
| | |
| 07/15/08 | Detective Dana Spriggs |
| | |
| 07/16/08 | Detective Elgin Wheeler |
| | Detective Kevin Rice |

*See* July 9th Deposition Notices (attached as Exhibit "A").  While the District will make every effort to produce its witnesses for July 14, 2008, although they are not under subpoena, it moves for a protective order to preclude the depositions currently scheduled for July 15th & 16th, and any other depositions of District's witnesses going forward.

### ARGUMENT

Federal courts have broad authority pursuant to Federal Rule of Civil Procedure 26(c) to limit discovery as necessary to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).  In recognition of this authority, the Supreme Court has directed that "judges should not hesitate to exercise appropriate control over the discovery process." *Herbert v. Lando*, 441 U.S. 153, 177 (1979); *see also Schwarz v. Federal Bureau of Investigation*, 1998 WL 667643, *3 (10th Cir. 1998) (unpublished) (noting district courts' "broad discretion to manage the scope of discovery"); *Chagnon v. Bell*, 642 F.2d 1248, 1266 (D.C. Cir. 1980) (district court should stay discovery where doing so would promote "just, speedy, and

inexpensive determination" of action). As a result, courts of appeals routinely hold that it

is appropriate to stay discovery where a dispositive motion is pending and where, as here,

the dispositive motion raises purely legal issues, for which factual development is

inappropriate. *See, e.g., Diaz v. Paul J. Kennedy Law Firm*, 289 F.3d 671, 674 (10th Cir.

2002) (stay of discovery appropriate because Plaintiffs did not persuade the Court that

discovery was necessary in order to respond to the motion for summary judgment);

*Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987) (courts should exercise their "broad

discretionary and inherent power to stay discovery until preliminary questions which may

dispose of the case are determined"); *Transunion Corp. v. Pepsico*, 811 F.2d 127, 130 (2d

Cir. 1987) (stay of discovery appropriate where discovery was unnecessary to resolving

the pending dispositive motion); *Jarvis v. Regan*, 833 F.2d 149, 155 (9th Cir. 1987)

(discovery appropriate only as necessary to resolve factual disputes raised in pending

dispositive motion; all other discovery properly stayed); *Feist v. Jefferson County

Commissioners Court*, 778 F.2d 250, 252 (5th Cir. 1985) (affirming district court

decision to stay discovery until it could be determined whether the plaintiff stated a claim

upon which relief could be granted); *Florsheim Shoe Co. v. United States*, 744 F.2d 787,

797 (Fed. Cir. 1984) (holding that, where a motion to dismiss raises questions of law,

discovery is "not necessary or appropriate," and a stay of discovery is proper).

       Here, the reasons for staying District-related discovery are straightforward.  The

Motion for Judgment on the Pleadings advances a purely legal challenge to Plaintiff's

Complaint.  The District's motion raises the "public duty" defense in arguing that

Plaintiff's Complaint fails to establish the duty element of her negligence claim — *i.e.*,

that law enforcement officials were duty-bound to protect Plaintiff by concluding (after

investigation) that her complaint did in fact constitute a sexual assault. *See* Docket #41.

The Court can resolve the pending motion by reference to the parties' legal arguments

filed in their legal briefs. There are no relevant facts to establish; therefore no discovery

is necessary. *See Persons v. Runyon*, 1999 WL 104427, *3 (10th Cir. 1999)

(unpublished) (holding that discovery is inappropriate where legal issues determine the

outcome of the lawsuit).

Should the District's motion be granted, the proposed stay will have spared the

parties an unnecessary expenditure of time, money, and resources. If the dispositive

motion is denied, plaintiff will not have suffered any prejudice as she has other non-

District witnesses and parties to depose.

### CONCLUSION

For the foregoing reasons, this Court should stay all discovery depositions of

MPD witnesses and other discovery pending resolution of the District's Motion for

Judgment on the Pleadings.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/ Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295; (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Case No. 1:07-CV-01498 (RJL) |
| | : |
| DISTRICT OF COLUMBIA, *et al.* | : |
| | : |
| Defendants. | : |
| _____ | : |

## <u>ORDER</u>

UPON CONSIDERATION of the Motion for Protective Order Staying All Discovery Related to the District of Columbia, any opposition thereto, and the entire record in this matter, it is this __ day of _____, 2008, hereby:

ORDERED that the Motion for Protective Order is **GRANTED** for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that all discovery directed to the District of Columbia, shall be stayed until such time as the Court rules upon the pending Motion for Judgment on the Pleadings [Docket #41].

_____
**HON. RICHARD J. LEON**
United States District Court for the District of Columbia

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA McGAUGHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-01498 |
| v. | ) | |
| | ) | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED NOTICE OF DEPOSITION OF OFFICER WANDELLA FIELDS

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff hereby notices the deposition

upon oral examination of Officer Wandella Fields, to be taken before a court stenographer

commencing at 9:30 a.m. on July 14, 2008, and continuing thereafter from day to day until

completed. The deposition will take place at the offices of Alderson Court Reporting, 1155

Connecticut Avenue, N.W., Suite 200, Washington, D.C. 20036.


Dated:  July 9, 2008                              Respectfully submitted,

                                                  Bruce V. Spiva, D.C. Bar. No. 443754
                                                  Kathleen R. Hartnett, D.C. Bar. No. 483250
                                                  SPIVA & HARTNETT LLP
                                                  1776 Massachusetts Avenue, N.W.
                                                  Suite 600
                                                  Washington, D.C. 20036
                                                  Telephone:  (202) 785-0601
                                                  Facsimile:  (202) 785-0697

                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Amended Notice of

Deposition of Officer Fields, was served on July 9, 2008, by email and first-class U.S. Mail,

postage prepaid, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814


_____
Kathleen R. Hartnett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA McGAUGHEY,      )
                                )
         Plaintiff,         )
                                )     Case No. 1:07-cv-01498
v.                         )
                                )     Judge Richard J. Leon
DISTRICT OF COLUMBIA, *et al.*,    )
                                )
        Defendants.     )
_____)

### AMENDED NOTICE OF DEPOSITION OF GEORGE MARADIAGA

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff hereby notices the deposition upon oral examination of Sergeant George Maradiaga, to be taken before a court stenographer commencing at 1:30 p.m. on July 14, 2008, and continuing thereafter from day to day until completed. The deposition will take place at the offices of Alderson Court Reporting, 1155 Connecticut Avenue, N.W., Suite 200, Washington, D.C. 20036.

Dated: July 9, 2008

Respectfully submitted,

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Amended Notice of

Deposition of George Maradiaga, was served on July 9, 2008, by email and first-class U.S. Mail,

postage prepaid, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814

_____

Kathleen R. Hartnett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA McGAUGHEY,     )
          )
     Plaintiff,     )
          )     Case No. 1:07-cv-01498
v.     )
          )     Judge Richard J. Leon
DISTRICT OF COLUMBIA, *et al.*,     )
          )
     Defendants.     )
_____)

### AMENDED NOTICE OF DEPOSITION OF DANA SPRIGGS

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff hereby notices the deposition

upon oral examination of Detective Dana Spriggs, to be taken before a court stenographer

commencing at 10:00 a.m. on July 15, 2008, and continuing thereafter from day to day until

completed. The deposition will take place at the offices of Spiva & Hartnett LLP, 1776

Massachusetts Avenue, N.W., Suite 600, Washington, D.C. 20036.


Dated:  July 9, 2008                         Respectfully submitted,

                                        _____
                                        Bruce V. Spiva, D.C. Bar. No. 443754
                                        Kathleen R. Hartnett, D.C. Bar. No. 483250
                                        SPIVA & HARTNETT LLP
                                        1776 Massachusetts Avenue, N.W.
                                        Suite 600
                                        Washington, D.C. 20036
                                        Telephone:  (202) 785-0601
                                        Facsimile:  (202) 785-0697

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Amended Notice of

Deposition of Dana Spriggs, was served on July 9, 2008, by email and first-class U.S. Mail,

postage prepaid, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814


_____
Kathleen R. Hartnett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEXANDRIA McGAUGHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-01498 |
| v. | ) | |
| | ) | Judge Richard J. Leon |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED NOTICE OF DEPOSITION OF ELGIN WHEELER

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff hereby notices the deposition

upon oral examination of Detective Elgin Wheeler, to be taken before a court stenographer

commencing at 9:30 a.m. on July 16, 2008, and continuing thereafter from day to day until

completed.  The deposition will take place at the offices of Spiva & Hartnett LLP, 1776

Massachusetts Avenue, N.W., Suite 600, Washington, D.C. 20036.


Dated:  July 9, 2008

Respectfully submitted,

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone:  (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Amended Notice of

Deposition of Elgin Wheeler, was served on July 9, 2008, by email and first-class U.S. Mail,

postage prepaid, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814


Kathleen R. Hartnett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA McGAUGHEY,      )
                         )
          Plaintiff,      )
                         )    Case No. 1:07-cv-01498
v.                       )
                         )    Judge Richard J. Leon
DISTRICT OF COLUMBIA, *et al.*,   )
                         )
         Defendants.    )
_____)

### AMENDED NOTICE OF DEPOSITION OF KEVIN RICE

Pursuant to Federal Rule of Civil Procedure 30, Plaintiff hereby notices the deposition

upon oral examination of Detective Kevin Rice, to be taken before a court stenographer

commencing at 1:30 p.m. on July 16, 2008, and continuing thereafter from day to day until

completed. The deposition will take place at the offices of Spiva & Hartnett LLP, 1776

Massachusetts Avenue, N.W., Suite 600, Washington, D.C. 20036.


Dated:  July 9, 2008                   Respectfully submitted,

                                      Bruce V. Spiva, D.C. Bar. No. 443754
                                      Kathleen R. Hartnett, D.C. Bar. No. 483250
                                      SPIVA & HARTNETT LLP
                                      1776 Massachusetts Avenue, N.W.
                                      Suite 600
                                      Washington, D.C. 20036
                                      Telephone:  (202) 785-0601
                                      Facsimile:  (202) 785-0697

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Amended Notice of

Deposition of Kevin Rice, was served on July 9, 2008, by email and first-class U.S. Mail,

postage prepaid, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814


_____
Kathleen R. Hartnett