UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY,              :
                                  :
          Plaintiff,              :
                                  :
v.                                :        Case No. 1:07-CV-01498 (RJL)
                                  :
DISTRICT OF COLUMBIA, *et al.*,   :
                                  :
          Defendants.             :
_____ :

### PRAECIPE

The District of Columbia, by and through counsel, herein withdraws its Motion

for Protective Order filed by the District on Friday, July 11, 2008, at Docket Entry #45.

The motion was filed in good faith as the District firmly believes that Plaintiff's claims

against it are barred by the public duty doctrine.  The requested discovery has become

overly burdensome and costly in light of the non-viable claims filed by Plaintiff.

Notwithstanding, in an effort to resolve the parties' discovery dispute, particularly since

discovery is scheduled to close on July 16, 2008, the District herein withdraws its Motion

at this time without prejudice.

Respectfully Submitted,


PETER J. NICKLES
Interim Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295; (202) 741-0554 fax
dwayne.jefferson@dc.gov


**COUNSEL FOR THE
DISTRICT OF COLUMBIA**