UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, | : |
| Plaintiff, | : |
| v. | : Case No. 1:07-CV-01498 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**NOTICE OF INTENT TO OPPOSE MOTION**

Defendant District of Columbia herein notifies this Honorable Court and all parties that it intends to file an Opposition to Plaintiff's Motion to Modify Scheduling Order and Increase Number of Depositions Plaintiff May Take. Plaintiff filed her motion on July 14, 2008. [Docket Entry # 47]. Pursuant to LCvR 7(b), within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to a motion. According to Fed. R. Civ. P. 6(d), three (3) days are added after the period would otherwise expire under Rule 6(a) when service is made under Rule 5(E). Therefore, the District's opposition to Plaintiff's Motion is not due until July 30, 2008, and the District shall file its opposition on or before that date.

                        Respectfully Submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                /s/
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

      Dwayne C. Jefferson
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

— 2 —