UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY,                :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :   Case No. 1:07-CV-01498 (RJL)
                                     :
DISTRICT OF COLUMBIA, *et al.*,      :
                                     :
    Defendants.                      :
_____ :

**MOTION TO LATE FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER
AND INCREASE IN NUMBER OF DEPOSITIONS PLAINTIFF MAY TAKE**

Defendant District of Columbia, by and through counsel, herein moves the Court to accept its memorandum in opposition to Plaintiff's Motion for Modification of Scheduling Order and Increase in Number of Depositions Plaintiff May Take for filing, *nunc pro tunc* to July 28, 2008. On July 17, 2008, the District filed its Notice of Intent to Oppose Plaintiff's Opposition. Because Fed. R. Civ. P. 6(e) allows a party to add 3 days after the period prescribed for filing oppositions to motions, and the 3 days are less than 11 days for computing due dates, the District believed that intermediate Saturdays and Sundays were excluded in the computation. See Fed. R. Civ. P. 6(a) and 6(e).

Undersigned's counsel's attention has been drawn to the advisory notes, which provide that when 3 days are added after the period would otherwise expire, intermediate Saturdays, Sundays and legal holidays are included in the computation. The District believes that the language expressed by the plain text of Rule 6(a)(2) is clear enough that it outweighs whatever force lies in the statements contained in the Advisory Committee Notes to Rule 6. *See, e.g., Williamson v. U.S.,* 512 U.S. 594 (1994); *see also Green v.*

*Bock Laundry Machine Co.,* 490 U.S. 504, 528 (1989) (Scalia, J., concurring in judgment) (notes ought to be given no weight).

Because there is an ambiguity between the express language of Rule 6(a) and the advisory notes, the District now moves the Court to accept its opposition for filing, *nunc pro tunc* to July 28, 2008. Fed. R. Civ. P. 6(b)(2) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (B) on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion" relevant to late filings. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990). *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief. The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

The District believes that its failure to timely act was based on excusable neglect, and asks this Court to grant it the requested relief. Moreover, no party will suffer undue prejudice. In fact, the Court recently granted co-defendants' motion for leave to late file its opposition, and the District herein asks for the same relief.

        Respectfully Submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

      _____/s/__Patricia A. Jones_____
      PATRICIA A. JONES [428132]
      Chief, General Litigation Sec. IV

      _____Dwayne C. Jefferson_____
      DWAYNE C. JEFFERSON [980813]
      Assistant Attorney General
      One Judiciary Square
      441 4th St., N.W., 6th Floor South
      Washington, D.C. 20001
      (202) 724-6649 p | (202) 741-0554 f
      dwayne.jefferson@dc.gov

## **7(m) CERTIFICATION**

Undersigned counsel certifies that on the 8th day of August 2008, he contacted Plaintiff counsel regarding the relief herein sought. Plaintiff counsel took no position to the requested relief.

      _____Dwayne C. Jefferson_____
      DWAYNE C. JEFFERSON
      Assistant Attorney General

Case 1:07-cv-01498-RJL     Document 56     Filed 08/08/2008     Page 4 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07-CV-01498 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

**MEMORANDUM OF POINTS & AUTHORITIES SUPPORTING
MOTION TO LATE FILE OPPOSITION TO PLAINTIFF'S
MOTION FOR MODIFICATION OF SCHEDULING ORDER
AND INCREASE IN NUMBER OF DEPOSITIONS PLAINTIFF MAY TAKE**

In support of its Motion to Late File Its Opposition to Plaintiff's Motion for Modification of Scheduling Order and Increase in Number of Deposition Plaintiff May Take, Defendant District of Columbia relies on the following points and authorities:

1. Fed. R. Civ. P. 6(a);

2. Fed. R. Civ. P. 6(b)(2);

3. Fed. R. Civ. P. 6(e);

4. *Green v. Bock Laundry Machine Co.,* 490 U.S. 504, 528 (1989)

5. *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990)

6. *Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005);

7. *Williamson v. U.S.,* 512 U.S. 594 (1994);

8. *Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

9. The record herein; and

10. The Court's equitable powers.

>Respectfully Submitted,
>
>PETER J. NICKLES
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>
>_____/s/__Patricia A. Jones_____
>PATRICIA A. JONES [428132]
>Chief, General Litigation Sec. IV
>
>_____Dwayne C. Jefferson_____
>DWAYNE C. JEFFERSON [980813]
>Assistant Attorney General
>One Judiciary Square
>441 4th St., N.W., 6th Floor South
>Washington, D.C. 20001
>(202) 724-6649 p | (202) 741-0554 f
>dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA MCGAUGHEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07-CV-01498 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## <u>ORDER</u>

Upon consideration of the District of Columbia's Motion to Late File Its Opposition to Plaintiff's Motion for Modification of Scheduling Order and Increase in Number of Deposition Plaintiff May Take, Plaintiff's opposition thereto, if any, and the record herein, it is this ___ day of August, 2008,

ORDERED: that the District's motion is hereby GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED: that the District's memorandum in opposition to Plaintiff's Motion for Modification of Scheduling Order and Increase in Number of Deposition Plaintiff May Take is hereby accepted for filing, nunc pro tunc to July 28, 2008.

SO ORDERED.

_____
**HON. RICHARD J. LEON**
United States District Court for the District of Columbia