**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEXANDRIA McGAUGHEY,   )<br>                                              )<br>         Plaintiff,                      )<br>                                              )     Case No. 1:07-cv-01498 (RJL)<br>v.                                         )<br>                                              )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>                                              )<br>                                              )<br>         Defendants.                )<br>_____) | |

## NOTICE OF FILING FIRST AMENDED COMPLAINT

On June 20, 2008, the Court Ordered that "the deadline to amend pleadings or join parties is extended to August 18, 2008." Pursuant to the Court's Order, Plaintiff hereby notifies the Court that she has submitted for filing a First Amended Complaint in this matter, pursuant to the procedures set forth by the Clerk's Office. Pursuant to those procedures, Plaintiff has e-mailed the First Amended Complaint to the Clerk's Office and has not filed that First Amended Complaint via the ECF system. Plaintiff has served by email and U.S. Mail a copy of the First Amended Complaint on counsel of record for all Defendants.

Dated: August 18, 2008

Respectfully submitted,

/s/ Bruce V. Spiva
Bruce V. Spiva, D.C. Bar. No. 443754
  bspiva@spivahartnett.com
Kathleen R. Hartnett, D.C. Bar. No. 483250
  khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Filing First Amended Complaint was served on August 18, 2008, by electronic filing with the Court's ECF system, upon:

Thomas V. Monahan, Jr.
  tvm@gdldlaw.com
Adam Kelley
  axk@gdldlaw. com
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Dwayne Jefferson
  dwayne.jefferson@dc.gov
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Larry D. McAfee
  lmcafee@gleason-law.com
GLEASON, FLYNN, EMIG & FOGLEMAN,
  CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Robert W. Goodson
  robert.goodson@wilsonelser.com
Deidre L. Robokos
  deidre.robokos@wilsonelser.com
Christine M. Costantino
  chrissy.costantino@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN &
  DICKER, LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005-3105

Karen R. Turner
  karen.turner@hacdlaw.com
HAMILTON ALTMAN CANALE & DILLON LLC
4600 East-West Highway, Suite 201
Bethesda, MD 20814

 

/s/ Bruce V. Spiva
Bruce V. Spiva