**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALEXANDRIA MCGAUGHEY         *

      Plaintiff                 *

Vs.                          *     Case No.:  1:07-CV-01498 M
                                Judge Richard J. Leon

DISTRICT OF COLUMBIA, *et al.*    *

      Defendants           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>DEFENDANT DISTRICT HOSPITAL PARTNERS, LP'S
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Now comes Defendant District Hospital Partners, LP, d/b/a George Washington University Hospital, by its attorneys, Thomas V. Monahan, Jr., Adam Kelley, and Goodell, DeVries, Leech & Dann, LLP, pursuant to Rules 12 and 15 of the Federal Rules of Civil Procedure and Local Rule 15.1 and moves to strike Plaintiff's First Amended Complaint or, in the alternative, Count VI of the First Amended Complaint. In further support thereof, Defendant District Hospital Partners, LP, hereby adopts and incorporates by reference, as if fully set forth herein, Defendant Christopher Lang, M.D.'s Motion to Strike Plaintiff's First Amended Complaint and Memorandum of Points and Authorities in Support Thereof.

                                Respectfully submitted,

                                */s/ Adam Kelley*
                                Thomas V. Monahan, Jr. (Bar No. 04471)
                                Adam Kelley (Bar No. 26663)
                                Goodell, DeVries, Leech & Dann, LLP
                                One South Street, 20th Floor
                                Baltimore, Maryland   21202
                                (410) 783-4000 telephone
                                (410) 783-4040 facsimile

tvm@gdldlaw.com
axk@gdldlaw.com
*Attorneys for Defendant District Hospital
Partners, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September 2008, Defendant District Hospital Partners, LP's Motion to Strike Plaintiff's First Amended Complaint was served on all parties of record electronically and by first-class mail, postage prepaid.

*/s/ Adam Kelley*
Adam Kelley

## LOCAL RULE 7(M) CERTIFICATE

I hereby certify that on September 2, 2008, I conferred with Plaintiff's counsel, Kathleen Hartnett, regarding the instant Motion, and she did not consent to the relief requested herein.

*/s/ Adam Kelley*
Adam Kelley

4823-9640-3714