IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ALEXANDRIA MCGAUGHEY                    :
                                        :
        Plaintiff,                      :
                                        :       Case No. 1:07-CV-01498
        v.                              :       Judge: Richard J. Leon
                                        :
DISTRICT OF COLUMBIA, et al.            :
                                        :
        Defendants.                     :

## DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S
## MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW, Defendant The George Washington University (hereinafter, "GWU"), by and through counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Rules 12 and 15 of the Federal Rules of Civil Procedure and Local Rule 15.1, hereby moves to strike Plaintiff's First Amended Complaint, or alternatively, Count VI of the First Amended Complaint. In support of its motion, Defendant GWU adopts and incorporates by reference, as if fully set forth herein, Defendant Christopher Lang, M.D.'s Motion to Strike Plaintiff's First Amended Complaint and Memorandum of Points and Authorities in Support Thereof.

Respectfully submitted,

GLEASON, FLYNN, EMIG & FOGLEMAN, CHTD.


_____/s/ James P. Gleason, Jr._____
James P. Gleason, Jr. (Bar No.: 291005)
jgleason@gleason-law.com


_____/s/ Larry D. McAfee_____
Larry D. McAfee (Bar No.: 457226)
lmcafee@gleason-law.com
11 North Washington Street, Suite 400
Rockville, Maryland 20850
Telephone: (301) 294-2110/Facsimile: (301) 294-0737

**Attorneys for Defendant The George Washington University**

## LOCAL RULE 7(M) CERTIFICATION

The undersigned hereby certifies that, on September 3, 2008, he conferred by email transmission with Plaintiff's counsel, regarding the instant motion and the relief requested herein, and that Plaintiff counsel denied consent.

_/s/ Larry D. McAfee_
Larry D. McAfee (Bar No.: 457226)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant The George Washington University's Motion to Strike Plaintiff's Amended Complaint was electronically served on this 3rd day of September 2008, to:

Bruce V. Spiva, Esquire
Kathleen R. Hartnett, Esquire
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

Thomas Monahan, Jr. Esquire
Adam Kelly, Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, Maryland 21202

Dwayne C. Jefferson, Esquire
Office of the Attorney General for the District of Columbia
Room 6S085
441 4th Street, N.W.
Washington, D.C. 20007

Robert W. Goodson, Esquire
Deidre L. Robokos, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Colorado Building
1341 G St., N.W.
Suite 500
Washington, DC 20005

Karen R. Turner, Esquire
Hamilton, Altman, Canale & Dillon, LLC
4600 East-West Highway
Bethesda, Maryland 20814

_/s/ Larry D. McAfee_
Larry D. McAfee

2