# Exhibit J

**8/11/08 Letter from D. Jefferson**

**To Plaintiff's Motion to Compel Defendant the District of Columbia to Produce Documents**

*McGaughey v. District of Columbia, et al.*, **No. 1:07-cv-01498 (RJL)**

GOVERNMENT OF THE DISTRICT OF COLUMBIA

OFFICE OF THE ATTORNEY GENERAL



August 11, 2008

**VIA U.S. MAIL & FACSIMILE (202) 785-0697**
**BRUCE V. SPIVA, ESQ.**
**KATHLEEN HARTNETT, ESQ.**
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20036

      Re:    Alexandria McGaughey v. District of Columbia, et al.
                U.S. District Court D.C., No. 1:07-CV-1498 (RJL)

Dear Bruce & Kathleen,

I am to acknowledge receipt of your July 29, 2008 letter regarding the District of Columbia's alleged discovery deficiencies. As you are aware, the District served its discovery responses on Plaintiff on or about April 25, 2008 — nearly 3 months before discovery closed on July 16, 2008. Plaintiff's letter should have been sent to the District in sufficient time for it to address any alleged deficiencies before discovery closed. There is no authority in the Court rules permitting parties to continue conducting discovery after the deadline lapses. Plaintiff's grasp of this point is reinforced by her August 11, 2008 e-mail reminding co-defendant, Howard University Hospital, et al., no to conduct discovery after July 16th. Though Plaintiff has filed a motion to enlarge discovery (which, as you know, the District has opposed), the pending motion does not change the fact that discovery is now closed, and the parties cannot unilaterally change the discovery close date.

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

### OFFICE OF THE ATTORNEY GENERAL



Despite the fact that discovery is now closed, and consistent with Fed. R. Civ. P. 26(e), the District is in the process of reviewing Plaintiff's letter and its responses to determine whether supplementation is necessary. However, many of Plaintiff's requests for documents seek irrelevant information and would, otherwise, create an undue burden on the District to respond. For example, Plaintiff seeks FEMS documents related to the general handling of sexual assault victims. FEMS did not handle any complaints relating to Plaintiff's claim; thus, documents related to how it handles sexual assault victims have no bearing on this case. Plaintiff seeks critical data regarding forensic medical examinations conducted in the District in recent years. This request is overly broad and cumbersome — particularly given the fact that the District would not have information regarding all forensic medical examinations that may have been conducted in the District during recent years. Moreover, because you claim that no forensic medical examination was administered to Plaintiff, critical data regarding examinations administered to other persons is meaningless in this case. Plaintiff seeks documents relating to the Rosenbaum investigation. The Rosenbaum investigation has absolutely no bearing on this case. Plaintiff was never in the District's custody, and the District never took Plaintiff to any hospital for treatment. Simply put, Plaintiff had no special relationship with the District, and the District owed her no duty with respect to allegations set forth in the Complaint. *See Phillips v. District of Columbia,* 455 F.3d 397 (D.C. Cir. 2006); *see also* cases cited in the District's dispositive motion.

There is no need for the parties to meet at this time. If the Court re-opens discovery, the parties can then discuss your claimed deficiencies in more detail and, if there is no agreement on what should and/or should not be produced, the District will more likely than not, file a motion for protective order to limit or preclude much of the requested discovery.

Cordially,

PETER J. NICKLES
Acting Attorney General

Dwayne C. Jefferson
Assistant Attorney General

ONE JUDICIARY SQUARE | 441 4TH STREET, NW,, 6TH FLOOR | WASHINGTON, DC 20001
P. 202-724-6649 | F. 202-741-0554
DWAYNE.JEFFERSON@DC.GOV

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



# FACSIMILE

**Date:** Monday, August 11, 2008

**To:** Bruce Spiva, Esq.
Kathleen Hartnett, Esq.

(202) 785-0697

**From:** **DWAYNE C. JEFFERSON, ESQ.**
Assistant Attorney General

**CC:**
**No of Pages** 3
**Subject:** Alexandria McGaughey v. District of Columbia, et al.
U.S. District Court D.C., No. 1:07-CV-1498 (RJL)

Please call the sender if there are problems in transmission.

**Confidentiality Notice:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

ONE JUDICIARY SQUARE | 441 4TH STREET, NW., 6TH FLOOR | WASHINGTON, DC 20001
P. 202-724-6649 | F. 202-741-0554
DWAYNE.JEFFERSON@DC.GOV

```
************ -COMM. JOURNAL- ******************** DATE AUG-11-2008 ***** TIME 16:10 ********

       MODE = MEMORY TRANSMISSION              START=AUG-11 16:05      END=AUG-11 16:10

       FILE NO.=204

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                       PAGES        DURATION
NO.            ABBR NO.

001    634       &          12027850697                                000/003      00:00:00


****************************** -          - ***** -                           - **********
```

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



# FACSIMILE

**Date:** Monday, August 11, 2008

**To:** Bruce Spiva, Esq.
Kathleen Hartnett, Esq.

(202) 785-0697

**From:** DWAYNE C. JEFFERSON, ESQ.

Assistant Attorney General

**CC:**
**No of Pages** 3
**Subject:** Alexandria McGaughey v. District of Columbia, et al.
U.S. District Court D.C., No. 1:07-CV-1498 (RJL)

Please call the sender if there are problems in transmission.

**Confidentiality Notice:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

ONE JUDICIARY SQUARE | 441 4TH STREET, NW., 6TH FLOOR | WASHINGTON, DC 20001
P. 202-724-6649 | F. 202-741-0554
DWAYNE.JEFFERSON@DC.GOV

```
************ -COMM. JOURNAL- ******************* DATE AUG-11-2008 ***** TIME 17:20 **********

        MODE = MEMORY TRANSMISSION        START=AUG-11 17:15    END=AUG-11 17:20

        FILE NO.=205

STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                   PAGES      DURATION
NO.           ABBR NO.

001   634        *         97850697                              000/003    00:00:00


****************************** -           - ***** -                      - ********
```

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



# FACSIMILE

**Date:**     Monday, August 11, 2008

**To:**       Bruce Spiva, Esq.
              Kathleen Hartnett, Esq.

              (202) 785-0697

**From:**     DWAYNE C. JEFFERSON, ESQ.
              Assistant Attorney General

**CC:**
**No of Pages**   3
**Subject:**      Alexandria McGaughey v. District of Columbia, et al.
                  U.S. District Court D.C., No. 1:07-CV-1498 (RJL)

Please call the sender if there are problems in transmission.

**Confidentiality Notice:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

ONE JUDICIARY SQUARE | 441 4TH STREET, NW., 6TH FLOOR | WASHINGTON, DC 20001
P. 202-724-6649 | F. 202-741-0554
DWAYNE.JEFFERSON@DC.GOV