# Exhibit F

**6/5/08 Letter from A. Kelley/Sexual Assault Policy**

**To Plaintiff's Motion to Compel Defendant District Hospital Partners, L.P. d/b/a George Washington University Hospital to Produce Documents**

*McGaughey v. District of Columbia, et al.*, No. 1:07-cv-01498 (RJL)

# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ADAM KELLEY
AXK@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4044

June 5, 2008

*VIA E-MAIL AND REGULAR MAIL*
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

Re:   McGaughey v. District Hospital Partners, L.P., et al.

Dear Kathleen:

Enclosed with this letter is the GWUH protocol on Sexual Assault. This is the protocol that was discussed during Victoria Autry's recent deposition. I have confirmed that this version of the protocol was still in effect as of December 2006. Please consider the production of this protocol as a supplemental response to Request for Production Nos. 21, 24, 25, 26, 28, 29, 30, 31, 32, 33 and 44 propounded to District Hospital Partners, L.P. by Plaintiff in this matter.

In further supplemental response, please be advised that we have searched for, but have not found, any GWUH protocols responsive to Request for Production Nos. 20, 22, 27, 36, and 40.

If you have any questions, please feel free to give me a call. Best regards.

Sincerely,

Adam Kelley

AK/dl
Enclosure
cc:    All counsel of record (via e-mail and regular mail, w/ encl.)
4832-5955-5586

# THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
# EMERGENCY DEPARTMENT
# PRACTICE MANUAL

**REVISED DATE:**       MARCH 2003

**EFFECTIVE DATE:**     NOVEMBER 1984

**TITLE:**              SEXUAL ASSAULT

**PURPOSE:**            TO ESTABLISH GUIDELINES FOR THE MANAGEMENT OF SEXUAL ASSAULT VICTIMS IN THE EMERGENCY DEPARTMENT

**SCOPE:**              EMERGENCY DEPARTMENT ATTENDING PHYSICIANS, EMERGENCY DEPARTMENT REGISTERED NURSES

The treatment of a sexual assault victim requires a rapid multidisciplinary approach that addresses the patient's physical and emotional needs and fully documents the process for use in eventual litigation.

If a patient comes to the Emergency Department with a history of alleged sexual assault, the following should be accomplished by the nurse:

1. Rapid triage to an examining area.

2. Designation of one nurse to follow the care of the patient throughout the stay in the Emergency Department.

3. Notification oof the Metropolitan Police Department, after permission is granted by the patient.

4. Mandatory notification of the Metropolitan Police Department if the patient's age is 16 or under, and/or for the possibility of child neglect or abuse.

5. Mandatory notification of the Homicide Division of the Metropolitan Police Department if the patient sustained life-threatening injuries.

6. Notify the attending physician in the Emergency Department, or an emergency medicine resident licensed in the District of Columbia to perform the necessary gynecologic examination and laboratory procedures. At the request of the patient, a private licensed gynecologist on staff at The George Washington University Hospital may perform the examination.

7. The Metropolitan Police Department requests that they interview the patient and collect the necessary specimens, required of them, before the physicians in the Emergency Department perform the pelvic examination of the patient, if he/she is medically stable.

The following should be accomplished by the doctor with the assistance of the nurse:

1. A general explanation of what will transpire in the department.

2. Assessment of the patient's support systems. The patient may be allowed to have a relative or companion with them during the examination as long as he/she does not interfere with medical procedures.

3. Notification of the arrival of the sexual assault victim to a representative of the Case Management Department for their assistance, evaluation and recommendations.

4. An explanation of the PD-124 form, and the implications of signing this form.

5. Inform the patient not to bathe/shower, change clothes, douche, smoke or drink in the Emergency Department before the examination is performed, otherwise vital evidence may be destroyed.

6. Inform the patient that the clothing the patient is wearing may be collected as evidence, (place in a paper bag and label as evidence).

7. A history of present illness should be collected to include:

    a. Did the victim change clothes before presentation?

    b. Did the victim bathe/shower before presentation?

    c. Did the assailant's genitalia penetrate the victim?

    d. Was there ejaculation?

    e. Did fellatio or sodomy occur?

    f. Did the victim inflict any injuries on the assailant? if so, how? Where?

    g. g. Victim's LMP, gravida, parity number, and history of contraceptive use.
    h. h. When was the alleged victim's last intercourse prior to the assault?
    i. i. Was there any digital penetration by the assailant?

8. A careful medical history and assessment of physical injuries not related to the sexual assault should be collected and documented by the doctor.

9. A complete physical examination, including pelvic, should be performed. Specimens will be taken according to the policies in the relevant jurisdiction for collection of evidence. Note: All specimens are to be collected following evidence collection guidelines.

    a. Do not use lubricants. A water moistened speculum should be used.

    b. A cotton applicator to be used to swab the vaginal vault and placed on one slide with one drop of saline solution and a cover slip for the examining physician's use for determination of the presence of motile sperm.

    c. A dry culturette to be used to swab the vaginal vault for the determination of acid phosphatase. The urethra and rectum may also be swabbed separately if indicated.

    d. A wet culturette swab to be used to swab the cervix for the determination of GC, and Chlamydia (in place of the TM plate). The oral pharynx and rectum may also be cultured separately if indicated.

    e. Identify four slides by taping on stickers marked vaginal, urethral, rectal and oral, (if indicated). Each area will be swabbed with a cotton applicator and then placed on the appropriate slide. Each slide will then be sprayed with Fixative and allowed to air dry These slides are used by the laboratory department for the Papanicolaou staining for sperm.

10. After completion of the pelvic examination the following specimens can be collected.

a. Urine for the determination of pregnancy.

b. Serum test for syphilis, (VDRL), to establish a baseline for reference.

11. At the conclusion of the examination, the <u>doctor</u> will:

a. Immediately examine the saline prep for the presence of sperm motility.

b. Document all information and procedures on the Emergency Department chart.

c. Complete the PD-124 form, (if applicable).

d. Call consultants if necessary.

12. In addition, the following procedures may be completed.

a. Administration of prophylactic antibiotics for Sexually Transmitted Diseases. This may include one of the following regimens:

- - Cipro 500mg PO x 1
- - Azithromycine 1g PO x 1

b. Optional administration of Tetracycline 250 QID x 7-10 days or Doxycline 100 BID x 7-10 days for treatment of chlamydia.

c. Administration of Tetanus Toxoid as indicated.

13. The option to use a "morning after pill" will be decided on by the examining physician with complete approval and understanding by the patient. The following factors should be taken into consideration by the physician and the patient:

a. A negative urine pregnancy test

b. Date of last menstrual period

c. Was there ejaculation?

d. Side effects that have been documented to this drug i.e. nausea and vomiting.

e. No absolute guarantee of the effectiveness of the treatment

f. Side effects to the fetus - congenital anomaly

g. Signed permit

The drug offered to the patient will be birth control pill such as Ovral. The dosage will be Ovral 2 pills in the ED then 2 pills 24 hours later. Also offered to the patient, a phenergan suppository, or phenergan, PO for nausea.

14. The patient may be offered a cleansing douche, using Betadine or Aqueous Zephirin, if agreed to by the examining physician.

15. After the completion of the exam, the doctor will explain to the patient their option to sign the PD-124 form which will then be completed by the physician, and will constitute permission to release the results of the samples obtained to the police. The patient is under no obligation to sign this

form.

16. If the PD-124 form is completed, it should be dispositioned as follows:

    a. Original copy to the Metropolitan Police Department's representative

    b. Copy 1 to the Prosecutor, (MPD representative will accept for this department)

    c. Copy 2 for the patient's chart to medical records

    d. Copy 3 to the Public Health Nurse, DHS, (MPD representative will accept for this department)

17. Patients upon discharge should be given the name of one of the following clinics for their follow-up examination:

    a. A private GYN doctor of their preference

    b. GYN group in the MFA.

18. Transportation of the patient after examination can be provided by the Metropolitan Police Department if no family or friend is available.

19. The ED nursing office will be responsible for compiling all returned lab data and notifying the patient and the Metropolitan Police Department if appropriate to do so. A xeroxed copy of the chart and the PD-124 form must be sent to this office.

20. The patient will be offered a handbook that discusses many of the possible reactions to sexual assault that she might be expected to have.

Note: Male victims of sexual assaults should be treated in the same manner as female victims. Particular attention should be directed toward sampling areas traumatized in the assault.

Non-Consenting Patient:

The patient who does not give permission for notification of the Police Department should have the following protocols completed:

9. b and d

10. a and b

12. a and b

## SEXUAL ASSAULT

- Set up equipment before taking cart into room, (see reference pictures.

- Pre-label all specimen containers with name and source.

- The sexual assault kit will be opened in the room of the patient only. The sexual assault kit will be sealed per chain of custody rules.

- Send urine or serum beta ASAP to ascertain pregnancy status to avoid discharge delay while awaiting results.

- Remember to notify Case Management ASAP.

- If family/friends are called, ask them to bring clean clothes.

- If necessary, be prepared to assist with sexual assault examinations in the critical care units or other nursing units if patient's condition precludes the examination in the Emergency Department.

- Never utilize Q-tips swabs or wooden sticks from pelvic tray set-up. Always use sterile Q-tip swab stick provided in Physical Evidence Recovery Kit.

- Never open "Control Swab" package in the Sex Offense Kit.

The patient who does not give permission for notification to the Police Department should have the following protocols as outlined in Sections:

9. b and d

10. a and b

12. a and b

obtained for their own protection.