UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRIA McGAUGHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-1498 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of August, 2010, hereby

**ORDERED** that the defendant District of Columbia's Motion for Summary Judgment [#189] is **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge